

*Bob (H. Dodson) SMI*
*804/674-1798*

# E&H STEEL CONTRACTING, INC.

Post Office Box 511 ■ 3635 East Hwy. 134 ■ Midland City, Alabama 36350

Telephone (334) 983-5636                                                                 FAX (334) 983-617:

## REVISED PROPOSAL

April 15, 2004

Turner Construction
800 North Magnolia Ave. Suite 500
Orlando, Florida 32803
Attn:  Durga Kalsi      *407 | 210 2523*
       Steve Rilea
       (407) 210-2539 phone
       (407) 210-2520 fax

Re:    **Sarasota Herald Tribune**
       **Sarasota, Florida**
       E&H Proposal no.: E03495

We propose to **furnish, fabricate, deliver and erect** (as noted) the following items on the above referenced project in the accordance with the AISC Specifications and Code of Standard Practice. Our erected prices **include sales tax** and erection of all items except those preceded by an asterisk (*).  These items are furnished only, not erected.

Division 05120 Structural Steel
1. Wide flange columns and beams
2. Wide flange columns and beams at the moment frames
3. Castellated beams
4. Window framing (A/S.6203)
5. Lobby/Terrace framing (B/S.6203)
6. Embed plates
7. Continuous deck edge angles
8. Sliding connection plates and pads (L & M/S.6203)
9. Tube steel framing (C/S.6204)
10. Channel framing at roof sections (D/S.6204)

*Have not received: Policy & Procedure Ma*

**EXHIBIT A**

Division 05300 Metal Deck
    11. 3" 20 gage composite metal deck
    12. 3" 22 gage type "N" metal roof deck
    13. Field applied shear studs

Division 05500 Miscellaneous Metals
    14. Steel pans, guardrails and *wallrails at stair #1 (A.2001) (A.2003)
    15. Steel pans, guardrails and *wallrails at stair #2 (A.2002)
    16. Elevator pit ladders, sill angles, and sump pits at elevators #1 and #2
    17. Mechanical room stair (13/A.6203)
    18. CMU wall braces at top of masonry wall to underside of slab (S.0011)
 *19. Bollards (6 each)

**Our erected price for all items as proposed herein is** ................................ **$ 1,345,320.00**

**Alternates:**
**To add safety cable at the roof add**................................................... **$ 4,500.00**
**To add Composite clean-up crew add**................................................ **$ 240/day**
**Allowance for the Operable wall supports (3/A.6221) (add/allowance)**......... **$ 630.00**
**Allowance for Projector screen supports (10/A.6221) (add/allowance)**.......... **$ 210.00**
**Allowance for the Projector lift supports (11/A.6221) (add/allowance)**.......... **$ 140.00**
**To add the Grand stair tube steel stringers (A.6224) add**..................... **$ 3,200.00**
**Allowance for toilet partition support framing (add/allowance)**................. **$ 3,500.00**

    *ERECTION SCHEDULE 10-12 WEEKS*

**QUALIFICATIONS**
    1. Pricing is based upon erection being one continuous operation with complete access in and out of the building for crane and material deliveries.
    2. Pricing based upon columns beams and bent plate pour stop to be unprimed in order to receive field applied fireproofing by others.
    3. Handrails will be of 1-1/4 standard pipe (1-5/8" O.D.) unless noted otherwise in this letter.
    4. This proposal is valid for **15** days only from today's date, 4/15/04, and is subject to all conditions presently stated by mills relative to 1.) availability, 2) material cost 3) surcharges 4) delivery and 5) fuel surcharges. Variations to any of these items may be cause for revision.
    5. Price includes $68/ton surcharge for steel deliveries through May, 04. (Approx. 43 tons.) Balance of tonnage (approx. 579 tons) to be received through June/July 04, also includes the $68/ton surcharge that may need to be adjusted by future announcement from the mills.

**EXCLUSIONS**
1. Steel items not specifically shown, sized and located on the architectural and/or structural drawings unless specifically included
2. Roof opening frames for any items not specifically shown and located on the structural drawings
3. All gauge metal not specifically included
4. Special cleaning or painting on steel joist (manufacturer's standard only)
5. All non-ferrous metal framing or items not specifically included (aluminum, brass, stainless steel, etc.)
6. Sump pans
7. Flexible closure strips
8. Vented deck for light weight concrete
9. Precast embeds
10. Anchor bolt templates
11. Samples
12. Reinforcing steel
13. All cast iron items unless specifically included (site castings, trench covers, downspout covers, nosings, etc.)
14. Masonry anchors
15. Concrete fill
16. Field cleaning
17. Field touch-up paint and painting
18. Grout and grouting
19. Dissimilar metal protection
20. Field measurements and surveys
21. Shop and field independent inspection costs
22. Shoring for metal deck pours
23. Demolition and removal or relocation of existing materials
24. Safety cables other than those required for steel erection
25. Bond costs
26. Nosings
27. Composite clean-up crew
28. Manufacturers other than E&H Steel for stair systems.
29. Bituminous coatings
30. Specification sections: 05400, 05425, 05580, 05700 & 05810
34. Grand stair handrails and supports (A.6224)

Architect: Arquitectonica
Engineer: Jenkins & Charland
Drawings: Architectural and structural per drawing (A-0001) dated 09/15/03
Specifications: 05120, 05310, 05311, 05500, 05511, 05521
Addendum (a): No addenda acknowledged

**PAYMENT TERMS/CONDITIONS**

1. Payment is due within 30 days of invoice date, with <u>no</u> retainage allowed on raw material invoices. Trip expenses to verify raw material invoices shall be the responsibility of the
2. Fabrication labor, freight and bought items shall be invoiced monthly based on materials delivered and stored at the jobsite with 10% retainage allowed.
3. Shop drawing expense will be invoiced monthly based on work complete at time of invoice with 10% retainage allowed.
4. Erection labor shall be invoiced monthly based on work complete at time of invoice or
5. At the point when our subcontract is 50% complete, excluding change orders, the retainage
6. Final payment shall be paid within 90 days of substantial completion. Change order work shall not delay payment of retainage on base contract.
7. This proposal shall be good for 30 days only. After 30 days price is subject to escalation.

Sincerely,

*Troy Tyson*

Troy Tyson
Senior Estimator

Bill Grisham
Sales / Marketing Manager