Apr-27-2004  10:47am   From-TURNER CONSTRUCTION          +94074755920        T-281  P.002/002  F-417

# Turner

Faxed 4/27/04 – 334-983-6173

April 27, 2004

Turner Construction Company
800 North Magnolia Avenue
Suite 500
Orlando, Florida 32803
phone: 407.210.2500
fax: 407.210.2510

Mr. Bill Grisham
**E & H STEEL CONTRACTING, INC.**
3635 East Highway 135
Midland City, AL 36350

Re:   Sarasota Herald Tribune

Dear Bill,

This letter will confirm that Turner Construction Company intends to enter into a subcontract agreement with E & H Steel Contracting, Inc. for the following scope items per your proposal and scope review:

Furnish and install structural steel and miscellaneous metals.

Total amount $1,417,595.

Furnish insurance certificate ($1MM Auto, $5MM GL) before start of work. Turner shall be additional insured.

The contract amount is based on scope of work agreed upon. The form of agreement shall be Turner's standard subcontract Form 36. The terms and conditions of which you hereby agree to accept. All work shall be performed in accordance with the contract documents. Subcontract Form 36 to be signed without changes.

Please sign this letter and fax back to my attention today @ 407-210-2520.

Sincerely,
TURNER CONSTRUCTION COMPANY                           E & H STEEL CONTRACTING, INC.

*Durga D. Kalsi* (signature)

Durga D. Kalsi                    EXHIBIT          By: _____
Purchasing                          B                    Bill Grisham

DDK/th                                                 Print: _____

Cc:   File

*Handwritten:* TURNER AGREES TO ACCEPT RESPONSIBILITY FOR PAYMENT OF RAW MATERIALS AS RECEIVED BY E&H. (REF. E&H PROPOSAL 'PAYMENT TERMS/CONDITIONS' ITEM 1)

BILL GRISHAM (signature)

*Building the Future*

# *Letter of Transmittal*

## *Orlando Reprographics*
*1110 Sligh Blvd*
*Orlando, FL 32806*
*Phone: (407) 843-0113*
*Fax: (407) 423-7392*

**Date:** Friday, January 30, 2004

**To:** E & H STEEL
BILL GRISHAM/TROY TYSSEN
3635 EAST HYW 134
MIDLAND, AL 36350
Phone:   334-983-5636
Fax:     334-983-6173

**From:** Turner Construction Co.
Chase Hawthorne
800 No. Magnolia
Orlando, FL 32803
Phone: (407) 210-2547
Fax: (407) 210-2520

**Project:** Sarasota Herald Tribune

RECEIVED FEB 0 2 2004
E & H STEEL CORP.
ENGINEERING DEPT.

**Ship Via:** AIRBORNE EXPRESS

1 Civil, Archs & Structs Plans
1 Div 1,5 Specifications