

# E&H STEEL CONTRACTING, INC.

Post Office Box 511 ■ 3635 East Hwy. 134 ■ Midland City, Alabama 36350

Telephone (334) 983-5636

FAX (334) 983-6173

May 14, 2004

Durga D. Kalsi
Turner Construction Company
800 North Magnolia Avenue
Suite 500
Orlando, Florida 32803

Re: Subcontract Agreement #9110-001
Sarasota Herald – Tribune

Dear Mr. Kalsi:

This confirms our agreement that item "J" in my letter to you dated May 11, 2004 has been voided and that E&H Steel has agreed to provide 100% fall protection. All other items contained in that letter remain as written.

Yours truly,

Lyle Charles
Chief Operating Officer

Cc: Bill Grisham
Andy Hicks
Scott Quattlebaum

GLC/rlw



EXHIBIT D