

# E&H STEEL CONTRACTING, INC.

Post Office Box 511 ■ 3635 East Hwy. 134 ■ Midland City, Alabama 36350

Telephone (334) 983-5636                                                                               FAX (334) 983-6173

July 22, 2004

Durga D. Kalsi
Turner Construction Company
800 North Magnolia Avenue
Suite 500
Orlando, Florida 32803

Re:   Subcontract #9110-001
      Sarasota-Herald Tribune – F04-009

Dear Mr. Kalsi:

I am writing to ask for a meeting to discuss three (3) issues which we believe remain open.

Issue #1    As you will recall in my letter of May 11, 2004 (attached) we took exception to the 100% fall protection requirement contained in the subcontract since that requirement was not contained in the bid documents provided to us prior to bid by Turner. Accordingly, we did not have monies in our pricing for that item. Upon receipt of the May 11, 2004 letter you called me to say you could not waive the subcontract requirement for 100% fall protection and I agreed to void that item from that letter (see May 14th letter attached). At that time I expressed my concern about this issued since the steel erector we used to initially bid the project could not/would not provide the 100% fall protection. This left us with no option but to solicit prices from other erectors. Those prices now have been received and we have awarded the erection subcontract to the lowest and best price (see June 30th & July 8th letters to Coastal Steel attached).

Issue #2    Similar to issue #1 is the issue of CCIP Insurance. The erector we initially used would not agree to participate in the CCIP program. Again, prior to bid we had no indication that this was going to be a subcontract requirement which meant that we had no way to convey this requirement to erectors and therefore no cost in our bid for this requirement. The erector we are now using will participate in the program and included it in his pricing.

Issue #3    We are experiencing difficulty in getting our shop drawings approved. This has played havoc with our shop production schedule since we had anticipated that this project would be in full fabrication by now. We have moved and shifted other jobs in and out of production to attempt to fill the shortfall left by the failure to get the shop drawing approvals back timely.

EXHIBIT
E

Our costs on this particular job are soaring as a result of being unable to accurately schedule and fabricate the steel as bid and as originally anticipated.

The cost to change erectors was $48,120.00 ($360,000-$311,880) (See April 23, 2004 Letter of Intent to original erector).

The estimated and ongoing costs for the shop lost productivity and inefficiency are currently $13,493.00 per week and we are now into the second week of this situation.

Please contact me to schedule a meeting to discuss these very important issues.

Yours truly,

Lyle Charles
Chief Operating Officer

Cc:   Robert W. Thomas
      Jimmy Henderson
      Andy Hicks
      Nick Slag

attachments

GLC/rlw