Turner Construction Co.
Project #9110
Sarasota Herald Tribune

Friday, July 07, 2004

Mr. Bill Denis
New York Times, Inc.
NYT Management Services Trust, A Massachusetts Business
229 W. 43rd Street
New York, N.Y. 10036

**RE: Late Submittals**
**Sarasota Herald Tribune - 9110**

Dear Mr. Denis,

I am following up on our conversation and letter of last week, where in we advised of a substantial number of outstanding submittals that have yet to be returned. We have been advised by our contractors and now informing the NYT that our schedule for fabricating materials for up coming activities is being delayed.

We have contacted the design team concerning this issue and offered assistance in any way to release the backlog of needed approvals. We are unaware of any missing information that may needed. Please assist in clearing the backlog and releasing the shop drawings currently under review and over due

Respectfully,

Nick Slagg
Project Manager

CC: Alfonso Jurado, Brian Smith, Tommy Hagood, File 0023, DeMuth, Bridgman, Elswick,







C:\DOCUME~1\ahicks\LOCALS~1\Temp\Overdue submittals 07-07-04.RTF

**ANDY HICKS**

**From:** Slagg, Nicolas J - (ORL) [nslagg@tcco.com]
**Sent:** Monday, June 28, 2004 4:19 PM
**To:** Andy Hicks (E-mail)
**Subject:** FW: Herald Tribune, outstanding shop drawings for steel

**Importance:** High

-----Original Message-----
**From:** **Slagg, Nicolas J - (ORL)**
Sent: Monday, June 28, 2004 5:18 PM
To: Tom Hagood (E-mail); Tony Nasser (E-mail); Bill Denis (E-mail); Brian Smith (E-mail); Alfonso Jurado (E-mail)
Cc: Demuth, Bernie - (ORL); Elswick, Cassel; Bridgman, Randall - (ORL)
Subject: Herald Tribune, outstanding shop drawings for steel
Importance: High

Gentlemen, please look into this, by our records we have outstanding the following:

1) Steel AB 1 - 10
2) 1E! and 1CB 1AE
3) 1 AB 1 through 1 AB 3
4) All embed drawings
5) Steel beam drawings,
6) All CB drawings 3CB1 through 3 CB 3
7) Steel sequence 3, 300 through 315
8) Erection 3E1 through 3E2
9) Erection 2E1 through 2E2
10) Roof erection 4E1 through 4E4
11) Sequence 4 400 through 452
12) CB 4 CB 1 through 4CB 6
13) CB 2CB 1 through 2CB 3
14) Steel deck drawings
15) Sequence 2 drawings 200 through 220

All over 15 days, Let us know if additional information is needed. Please advise of status.
Thanks loads, Nick

-----Original Message-----
**From:** **ANDY HICKS [mailto:ahicks@ehsteel.com]**
Sent: Monday, June 28, 2004 5:03 PM
To: Slagg, Nicolas J - (ORL)
Cc: John Cain; SCOTT QUATTLEBAUM
Subject: RE: RFI-010 Answer on doubler Plates at Herald Tribune
Importance: High

(A)

Nick,

Thanks for the RFI responses.

Please check on our approval plans. Some have been out for quite some time.

This is making me very nervous. We need approval plans returned ASAP.



Thanks,

Andy Hicks
Project Manager
E&H Steel Corporation
334-983-5636 ext. 110
ahicks@ehsteel.com

-----Original Message-----

**From:** Slagg, Nicolas J - (ORL) [mailto:nslagg@tcco.com]
Sent: Monday, June 28, 2004 1:29 PM
To: Andy Hicks (E-mail)
Cc: Elswick, Cassel; Bridgman, Randall - (ORL)
Subject: FW: RFI-010 Answer on doubler Plates at Herald Tribune

<< File: RFI-010.RTF >> << File: ASI-003-A.pdf >> << File: ASI-003-B.pdf >> Andy, FYI, Nick -----Original Message-----

**From:** Alfonso Jurado [mailto:ajurado@arqmia.com]
Sent: Monday, June 21, 2004 5:54 PM
To: Slagg, Nicolas J - (ORL)
Cc: Tony Nasser; Elswick, Cassel; Brian Smith; Bill Denis
Subject: RFI-010

Nick,

Attached please find our response to RFI-010 along with related ASI-003-A and ASI-003-B.

Regards,

Alfonso Jurado
ARQUITECTONICA
550 Brickell Ave. Suite 200
Miami, FL. 33131
305.372.1812 ext. 300
305.372.1175 fax



FO4-009

SARASOTA HERALD TRIBUNE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORIGINAL CONTRACT AMOUNT | | | 1,417,595.00 | | | | |
| CHANGE ORDER #1 | | | (41,440.00) | | | | |
| CHANGE ORDER #2 | | | 964.00 | | | | |
| | TOTAL | | 1,377,119.00 | | | | |
| | | | | PAID | REC'D ON | BALANCE | |
| PAY APP #1 | 6/17/04 | #1830 | 30,578.00 | 27,520.20 | 8/27/04 | 3,057.80 | * |
| PAY APP #2 | 7/19/04 | #1840 | 170,632.31 | 153,569.08 | 10/1/04 | 17,063.23 | * |
| PAY APP #3 | 8/17/04 | #1853 | 145,543.29 | 130,988.96 | 10/11/04 | 14,554.33 | * |
| PAY APP #4 | 9/17/04 | #1862 | 269,486.87 | 242,538.18 | 11/16/04 | 26,948.69 | * |
| PAY APP #5 | 10/18/04 | #1872 | 102,743.42 | 92,468.18 | 12/27/04 | 10,275.24 | * |
| PAY APP #6 | 11/15/04 | #1881 | 611,844.31 | 550,660.78 | 1/7/05 | 61,183.53 | * |
| PAY APP #7 | 12/13/04 | #1888 | 15,594.00 | - | | 15,594.00 | |
| PAY APP #8 | 1/17/05 | #1899 | 14,427.80 | - | | 14,427.80 | |
| | TOTAL | | 1,360,850.00 | 1,197,745.38 | | 163,104.62 | |
| | CONTRACT BALANCE | | 16,269.00 | | | | *RETAINAGE = 133,082.82 |