1



# E&H STEEL CONTRACTING, INC.

Post Office Box 511 ■ 3635 East Hwy. 134 ■ Midland City, Alabama 36350

Telephone (334) 983-5636                                                                                         FAX (334) 983-617

October 12, 2004

Nick Slagg
Turner Construction Co.
40 Goodrich Avenue
Sarasota, Florida 34236

Re:  Sarasota Herald Tribune
     E&H Steel Job #F04-009
     Outstanding Issues

Dear Nick:

Please allow this letter to be E&H Steel's initial submittal of its "Request for Equitable Adjustment" to its subcontract with Turner on this particular project. A number of the issues contained in this letter have previously been submitted in part or whole by means of the correspondence listed below and are attached for reference, however, now E&H Steel has packaged all of its current requests into this submittal so all of the current issues are formally presented for discussion and resolution.

**Previous Correspondence:**
  a. April 15, 2004 Proposal
  b. April 28, 2004 Schedule
  c. May 11, 2004 Letter
  d. May 14, 2004 Letter
  e. July 22, 2004 Letter
  f. August 18, 2004 Change Order with Attachment "A"
  g. August 19, 2004 Fax
  h. September 14, 2004 Revised Schedule
  i. September 24, 2004 Letter

**The issues to be addressed in this initial request are:**
  a. 100% Fall Protection
  b. CCIP Issue
  c. Revision of high point of sloping roof
  d. Revision of building length at roof
  e. Revision of building width at roof
  f. Revision of building width at 2nd and 3rd floors
  g. Revision of center line to center line of clear story tubes
  h. Revision of intermediate landing heights
  i. Shop downtime/inefficiencies and lost production due to fabrication schedule delays resulting from items; c, d, e, f, g, and h above



EXHIBIT
G

We are not addressing the issue of revised column footing elevations in this initial request.

**Costs to be considered are:**
a. Items a & b above     $48,120.00
b. Items c, d, e, f, and g above    $21,035.00
c. Item "h" above. Cost yet to be finalized but will not exceed $6,000.00 for redetailing
d. Item "i" above $118,155.74

**Briefly E&H Steel's position on the items is as follows:**
a. <u>100% Fall Protection & Contractor Controlled Insurance Program (CCIP).</u> By means of a May 11, 2004 letter, E&H Steel returned Turner's subcontract agreement which had been signed based upon certain qualifications. Included in those qualifications were qualification "J" and qualification "K". Those two qualifications took exception to the inclusion of the 100% fall protection and the CCIP program into the pricing based upon the fact that neither of these requirements were contained in the bid package furnished by Turner for E&H Steel's use to bid the work and accordingly were not contained in the erector pricing obtained by E&H to formulate its overall lump sum price given to Turner. Upon receipt of the qualification letter, E&H Steel was contacted by Turner's Durga Kalsi who expressed a strong concern that he would not be able to get approval of the subcontract with those two items excluded. Mr. Kalsi was informed that E&H Steel would remove its qualification of those two items but that by doing so, E&H Steel would have to change erectors resulting in a cost increase to E&H Steel and that cost would be passed on to Turner. E&H Steel confirmed its removal of the qualifications in a letter to Turner dated May 14, 2004.

In fact, E&H Steel did change to an erector who could comply with the stringent Turner requirements. That change cost E&H Steel $48,120.00 to make and E&H Steel passes those cost onto Turner.

b. <u>Revision of High Point of Slopping Roof.</u> Based upon the contract structural drawings S.1207 and S.1208, E&H Steel detailed the top of its steel at each grid line intersection to conform with that contract structural sheet. Additionally, as instructed by note 12 on that contract drawing E&H Steel attempted to verify the structural top of steel information given with what was shown on the Architectural contract drawings, but the Architectural drawings lacked enough definitive information to confirm the structural dimensions, so E&H Steel used the information shown on the structural contract plans to submit its shop drawings.

At issue here is the top of steel elevation along column grid lines "A" and "D".

E&H Steel's shop drawings were returned with the top of roof steel elevations shown on its drawing 4E1 confirmed as correct at grid line "A" but with the top of roof steel elevations changed by the approver along grid line "D". Based upon this change by the approver, E&H Steel revised its previously submitted shop drawings for sequences 4, 7, 10, & 11 which were impacted by this change. The steel is fabricated to these changed dimensions.

c. <u>Revision of Building Length.</u> Because of the conflicting information shown on the contact documents on sheets A.1202, A.1209, and A.1210, E&H Steel submitted its RFI #8 on May 11, 2004. An answer to that RFI was received by E&H Steel on May 20, 2004. The answer told E&H Steel to use a dimension of 7-3 for the overhang at line 1 and a dimension of 20-3 at line 14. Using these dimensions resulted in an overall building length of 402-6 which resolved the 3 different lengths of 403-1, 403-0, and 402-6 depicted on sheet A.1202. The dimension of 7-3 was used to detail and submit shop drawings but the 20-3 dimension was subsequently changed to 20-0 and used in submittals. However, in answer to E&H Steel's RFI #17, ASI #12 was received by E&H Steel changing the dimension from 20-0 to 19-7. The steel is fabricated to that dimension.

d. <u>Revision of Building Width.</u> This issue will be addressed in two parts. The revision of the building width at the roof and the revision of the building width at the second and third floors.

The roof width issue will be addressed first. In the previously referenced RFI #8 a dimension of 7-6 to edge of roof was provided. E&H Steel incorrectly assumed this 7-6 dimension was to the edge of the curb angle steel and submitted shop drawings based upon that dimension. However, the 7-6 dimension was asked to be verified on E&H Steel's submittals and the approver changed the 7-6 dimension to 6-1 upon approval. E&H Steel corrected its drawings to reflect the 6-1 dimension to the edge of the curb angle. After that change to 6-1, E&H Steel received ASI #7 which changed the dimension to 7-1. E&H Steel again changed its drawings and is fabricating steel to the 7-1 dimension at the roof.

The second issue is building width changes at the second and third floors. Contract drawings A.1202 and A.1201 conflict in that one gives a dimension of 7-2 and the other a dimension of 7-8 at the edge. E&H Steel's RFI #2 sought clarification and the answer was to use 6-7 7/8. However, this answer did not come until after E&H Steel had submitted its shop drawings using a computed dimension from structural contract drawings S.1203 and S.1205 of 7-0. Both ASI #7 and the approved shop drawings revised the dimension to 7-8 at the $2^{nd}/3^{rd}$ floors. Steel is fabricated to this dimension.

e. <u>Revision of Center Line to Center Line Dimension at the Clear Story Tube Framing from That Shown on Structural Contract Drawing S.6203.</u> The structural drawings give a spacing dimension of 9-3 for clearstory tube framing members. Both ASI #7 and the E&H Steel approval print 4E1 changed that dimension to 9-11 1/4. The steel is fabricated to that dimension.

As a result of the revisions to shop drawings E&H Steel has incurred additional costs for the time spent redetailing, back checking, and entirely new checking associated with the revisions recapped in items "b" through "e" above.

Those costs are:
        Pacific Detailing Services
        423 Hours @ $45.00/hr

        E&H Steel Engineering and Supervision Costs:
        40 Hours @ $50.00/hr

**Total: $21,035.00**

f. <u>Revision of Stair Landing Heights Resulting from the Issue of ASI #15.</u>  E&H Steel is currently working on these revisions and has provided Turner a not to exceed redetailing price of $6,000.00. However, it should be noted that the redetailing of the stairs and resubmitting them for approval will delay the shipping of this material to the project site. This delay could cause additional installation costs resulting from the inability of the erector to install the stairs concurrently with the structural steel.

Detailing Cost:      $6,000.00
Installation Cost:   Unknown at this Time.

g. <u>Shop Downtime, Loss Productivity, and Inefficiencies Resulting from E&H Steel's Inability to Fabricate Steel as Scheduled.</u>

|         | **Originally Scheduled for Fabrication/Delivery** | **Current Fabrication/Delivery Schedule** |
|---------|---------------------------------------------------|-------------------------------------------|
| Seq. 1  | 6-14-04  | 08-30-04 |
| Seq. 2  | 8-17-04  | 09-27-04 |
| Seq. 3  | 8-17-04  | 09-27-04 |
| Seq. 4  | 8-24-04  | 10-04-04 |
| Seq. 5  | 8-31-04  | 10-11-04 |
| Seq. 6  | 8-31-04  | 10-11-04 |
| Seq. 7  | 9-07-04  | 10-18-04 |
| Seq. 8  | 9-20-04  | 10-25-04 |
| Seq. 9  | 9-30-04  | 11-01-04 |
| Seq. 10 | 10-11-04 | 11-22-04 |
| Seq. 11 | 10-11-04 | 11-22-04 |

E&H Steel had rescheduled this project to fabricate in July and August 2004 allotting 2158 man-hours in July and 2000 man-hours in August.

|           | **Originally Scheduled** | **As Fabricated** |
|-----------|--------------------------|-------------------|
| July      | 2158 Man Hours           | 95.5 Man Hours    |
| August    | 2000 Man Hours           | 804.5 Man Hours   |
| September | 0    Man Hours           | 1771.3 Man Hours  |
| October   | 0    Man Hours           | 469.5 Man hours   |
|           |                          | To Date           |

E&H Steel has resequenced other projects to mitigate the impact of the rescheduling of the fabrication of this job, but the direct impact of the failure to fabricate the steel in the production schedule as bid is still significant.

July's lost/impacted man hours     =    1307.5 man hours
August's lost/impacted man hours   =    1311.2 man hours

Total impacted hours of 2618.7 x $45.12 bear cost     =     $118,155.74 impact costs.


Please review these items and contact E&H Steel to schedule a meeting to fully discuss resolution. Should you have any questions, please let us hear from you .

Yours truly,

*Lyle Charles*
Lyle Charles
Chief Operating Officer


Cc:   Robert W. Thomas
      Jimmy Henderson
      Bill Grisham
      Scott Quattlebaum
      Andy Hicks
      Linda Campbell


attachments



GLC/rlw