

# E&H STEEL CONTRACTING, INC.

Post Office Box 511 ■ 3635 East Hwy. 134 ■ Midland City, Alabama 36350

Telephone (334) 983-5636                                                                                      FAX (334) 983-6173

November 23, 2004

Nick Slagg
Turner Construction Co.
40 Goodrich Avenue
Sarasota, Florida 34236

Re:     Sarasota Herald Tribune
        E&H Steel Job #F04-009
        Outstanding Issues – Supplement to October 12, 2004 Letter

Nick:

Please let this submittal act as a supplement to E&H Steel's October 12, 2004 initial submittal of its "Request for Equitable Adjustment". This supplement address issues "c" through "h" (detailing) of that October request and updates those issues to present costs.

This supplement contains an expanded narrative of each issue and also contains a copy of the impacted shop drawings from initial submittal through job use drawings.

We reaffirm our October 12th request for items "a" & "b" in the amount of $48,120.00.

We update our October 12th request for items "c" through "h" to $28,700.66.

We are finalizing our cost for item "i" and will supplement our documentation of that item within the next few weeks.

We are anxious to resolve these issues and ask that after Turner has reviewed the "Request for Equitable Adjustment" they contact us to set up a meeting to discuss this matter.

Yours truly,

Lyle Charles
Chief Operating Officer

Cc:     Robert W. Thomas
        Jimmy Henderson
        Scott Quattlebaum
        Andy Hicks
        Linda Campbell

attachments
Shop drawings sent under separate cover



EXHIBIT

H

## *Revision of High Point of Sloping Roof*

Based upon the contract drawings S.1207 and S.1208, E&H Steel detailed the top of its steel at each grid line intersection to conform to the aforementioned contract drawings. Additionally, as instructed by note 12 on drawings S.1207 and S.1208 E&H Steel attempted to verify the top of steel information given with what was shown on the Architectural contract drawings, but the Architectural drawings lacked enough definitive information to confirm the structural elevations, so E&H Steel relied upon the information shown on the structural contract plans to detail the steel and submit its shop drawings.

At issue here is the top of steel elevation along column grid lines "A" and "D".

E&H Steel's shop drawings were returned with the top of roof steel elevations shown on its drawing 4E1 approved and confirmed correct as drawn at grid line "A" but with the top of roof steel elevations changed by the approver along grid line "D". Based upon this approval, E&H Steel revised all of its previously submitted shop drawings for sequences 4, 7, 10, & 11. The steel is fabricated to these changed elevations as shown on the revised shop drawings.

### Drawing History
Sequence 4 was submitted for approval on 6/8/04 and was returned on 8/2/04 (55 days).
Sequence 7 was submitted for approval on 6/28/04 and was returned on 8/4/04 (37 days).
Sequence 10 was submitted for approval on 7/23/04 and was returned on 8/24/04 (32 days).
Sequence 11 was submitted for approval on 7/30/04 and was returned on 9/14/04 (46 days).

It should be noted that the subcontract agreement sets the shop drawing turn around at 21 days.

The documentation clearly shows that all of the shop and erection drawings were submitted for approval before the first of the shop drawings for the affected sequences were returned from approval.

### Impact of Revision
Sequence 4
        79 pieces
        2    Erection drawings
Sequence 7
        48 pieces
        2    Erection drawings
Sequence 10
        53 pieces
        2    Erection drawings
Sequence 11
        64 pieces
        2    Erection drawings

### Total Man hours for Revision
280 man-hours

# *Revision of Building Length*

Because of the conflicting information shown on contract drawings A.1202, A.1209 and A.1210, E&H Steel submitted its RFI# 8 on May 11, 2004. E&H Steel received an answer to that RFI on May 20, 2004. The answer instructed E&H Steel to use a dimension of 7'-3 at grid line 1 and a dimension of 20'-3 at grid line 14. Using these dimensions resulted in an overall building length of 402'-6, which resolved the 3 different lengths of 403' -1, 403' -0, and 402'-6 depicted on sheet A.1202. The dimension of 7'-3 was used to create and submit shop drawings for sequence 11. However the 20'-3 dimension for the overhang at grid line 14 was inadvertently changed to 20'-0. The dimension of 20'-0 was used to create and submit for approval shop drawings for sequence 4. Sequence 4 shop drawings were returned accepting the 20'-0 dimension. In an effort to make sure that the accepted dimension was correct, E&H Steel issued RFI# 17 (Turner Construction Company RFI# 30). The answer to RFI# 17, ASI #12, was received by E&H Steel which changed the dimension from 20'-0 to 19'-7. The steel is fabricated to the 19'-7 dimension.

At issue here is ASI#12 revising the approved dimension of 20'-0 to 19'-7.

## Drawing & RFI History
RFI # 8 was submitted on May 11, 2004 and was responded to on May 20, 2004
Sequence 4 was submitted for approval on 6/8/04 and was returned on 8/2/04 (55 days).
RFI # 17 was submitted On August 23, 2004 and was responded to on August 27, 2004.

It should be noted that the subcontract agreement sets the shop drawing turn around at 21 days.

The documentation clearly shows that the sequence 4 shop drawings were approved without comment and that they had to be revised due to ASI# 12.

## Impact of Revision
Sequence 4
      11 Pieces
       3 Erection drawings

## Total Man hours for Revision
8 man-hours

2

## *Revision of Building Width (Roof)*

E&H Steel submitted its RFI#8 on May 11, 2004. RFI#8 was issued to clarify the building width at the roof. RFI#8 provided a 7'-6 dimension to the edge of the roof. E&H Steel incorrectly assumed this 7'-6 dimension was to the edge of the curb angle steel and submitted the sequence 4 shop drawings based upon that dimension. However, the 7'-6 dimension was asked to be verified on E&H Steel's submittals and the approver changed the 7'-6 dimension to 6'-1. E&H Steel corrected its drawing to reflect the 6'-1 dimension to the edge of the curb angle. Subsequent to that change E&H Steel received ASI # 7 which changed the dimension to 7'-1. E&H Steel again changed its drawings and fabricated the steel to the 7'-1 dimension.

At issue here is ASI # 7 changing the 7'-1 that was changed on the approved shop drawings.

### Drawing & RFI History
RFI # 8 was submitted on May 11, 2004 and was responded to on May 20, 2004
Sequence 4 was submitted for approval on 6/8/04 and was returned on 8/2/04 (55 days).
E&H Steel received ASI #7 on August 18, 2004.

It should be noted that the subcontract agreement sets the shop drawing turn around at 21 days.

The documentation clearly shows that the sequence 4 shop drawings were revised per the approved shop drawings and that they had to be revised due to ASI# 7.

### Impact of Revision
Sequence 4
    15 pieces
    1   Erection drawing
Sequence 7
    7   pieces
    1   Erection drawing
Sequence 10
    8   pieces
    1   Erection drawing
Sequence 11
    7   pieces
    1 Erection drawing

### Total Man hours for Revision
19 man-hours

# *Revision of Building Width (Second and Third Floor)*

Contract drawings A.1202 and A.1201 conflict in that one gives a dimension of 7'-2 and the other a dimension of 7'-8 at the edge. E&H Steel's RFI # 2 sought clarification and the answer was to use 6'-7 7/8. However, this answer did not come until after E&H Steel submitted its shop drawings using a computed dimension from the structural contract drawings S.1203 and S.1205 of 7'-0. Both ASI#7 and the approved shop drawings revised the dimension to 7'-8 at both the second and third floors. The drawings were revised and the steel was fabricated to the 7'-8 dimension.

At issue here is ASI # 7 and the approved shop drawings changing the 6'-7 7/8 dimension that was supplied in the response to RFI# 2.

### Drawing & RFI History
RFI # 2 was submitted on April 29, 2004 and was responded to on May 20, 2004
Sequence 2 was submitted for approval on May 21,2004 and was returned on July 23,2004 (63 days).
Sequence 3 was submitted for approval on May 28,2004 and was returned on August 02,2004 (66 days).
Sequence 5 was submitted for approval on June 15,2004 and was returned on August 03,2004 (49 days).
Sequence 6 was submitted for approval on June 25,2004 and was returned on August 04,2004 (40 days).
Sequence 8 was submitted for approval on July 07,2004 and was returned on August 12,2004 (36 days).
Sequence 9 was submitted for approval on July 16,2004 and was returned on September 03,2004 (49 days).
E&H Steel received ASI #7 on August 18, 2004.

It should be noted that the subcontract agreement sets the shop drawing turn around at 21 days.

The documentation clearly shows that the shop drawings that were detailed in accordance a calculated dimension from the structural contract drawings or the response to RFI# 2 and were revised per the returned approved shop drawings and ASI# 7.

### Impact of Revision
Sequence 2
      12 pieces
      1  Erection drawing
Sequence 3
      12 pieces
      1  Erection drawing
Sequence 5
      6  pieces
      1  Erection drawing

Sequence 6
     5   pieces
     1 Erection drawing
Sequence 8
     16 pieces
     1   Erection drawing
Sequence 9
     15   pieces
     1 Erection drawing

**Total Man hours for Revision**
30 man-hours

## *Revision of Center Line of Dimension at the Clear Story Tube Framing From That Shown on Structural Contract Drawing S.6203.*

Structural Contract Drawing S.6203 shows a dimension of 9'-3 for the tube-framing members. The approved shop drawings for sequences 4, 7, 10 & 11 as well as ASI # 7 change the dimension to 9'-11 ¼. The corresponding shop drawings were revised to the 9'-11 ¼ dimension and fabricated accordingly.

At issue here is the 9'-3 dimension shown on Structural Contract Drawing S.6203 was revised to 9'-11 ¼ on the approved shop drawings as well as ASI#7.

### Drawing History
Sequence 4 was submitted for approval on 6/8/04 and was returned on 8/2/04 (55 days).
Sequence 7 was submitted for approval on 6/28/04 and was returned on 8/4/04 (37 days).
Sequence 10 was submitted for approval on 7/23/04 and was returned on 8/24/04 (32 days).
Sequence 11 was submitted for approval on 7/30/04 and was returned on 9/14/04 (46 days).
E&H Steel received ASI # 7 on August 18, 2004.

It should be noted that the subcontract sets the shop drawing turn around at 21 days.

The documentation clearly shows that the sequences 4, 7, 10, & 11 shop drawings were revised from the Structural Contract Drawings and ASI#7.

### Impact of Revision
Sequence 4
     53 pieces
     4   Erection drawing
Sequence 7
     29 pieces
     4   Erection drawing
Sequence 10
     34   pieces
     4   Erection drawing
Sequence 11
     30 pieces
     5 Erection drawing

### Total Man hours for Revision
86 man-hours

# *Revision of Stair Landing Heights Resulting From the Issue of ASI# 15*

Based upon Architectural Contract Drawings A.2001, A.2002 & A.2003, E&H Steel detailed stairs # 1 & 2 and submitted them for approval. Subsequently ASI# 15 was issued and changed the intermediate landing heights. E&H Steel revised all of the shop drawings and the stairs are fabricated according to ASI# 15.

At issue here is ASI # 15 changes the intermediate landing heights if stair # 1 & 2.

## Drawing & ASI History
Stairs # 1 & 2 were submitted for approval on June 15, 2004 and were returned on August 20, 2004.
ASI # 15 was received by E&H Steel on September 17, 2004.

The documentation clearly shows that the shop drawings for Stair # 1 & 2 had to be revised to the dimensions shown in ASI # 15.

## Impact of Revision
Stair #  1 & 2
   23 pieces
   4   Erection drawing

## Total Man hours for Revision
66 man-hours

Costs are:

| | | |
|---|---|---|
| Pacific Drafting Services | | |
| 423 Hours @ $45.00/hr | $19,035.00 | |
| 5% overhead | $     951.75 | |
| 5% profit | $     999.34 | |
| | | |
| E&H Steel Corporation | | |
| Engineering and Supervision | | |
| Costs on Pacific Works: | | |
| 50 Hours @ $46.46/hr | $ 2,500.00 | |
| 5% profit | $     125.00 | |
| | | |
| Stair # 1 & 2 Revision by E&H Steel | | |
| 66 hours @ $ 46.46/hr | $ 3,300.00 | |
| 5% profit | $     165.00 | |
| | | |
| Subtotal | $27,076.09 | |
| Sales Tax | $ 1,624.57 | |
| **Total Costs:** | **$28,700.66** | |

# ITEM "B" – Revision of High Point of Sloping Roof

## JOB USE

4E1(2)/10-14; 4E2(A)/09-09; 404(A)/09-07; 406(1)/09-21; 407(1)/09-21; 408(1)/09-21; 409(1)/09-21; 410(0)/08-19; 411(A)/09-13; 412(A)/09-13; 413(A)/09-13; 414(A)/09-13; 415(A)/09-13; 417(0)/08-19; 418(1)/08-25; 419(3)/10-12; 420(0)/08-19; 421(0)/08-19; 422(0)/08-19; 423(0)/08-19; 424(0)/08-19; 425(1)/09-30; 432(1)/08-23; 433(A)/08-20; 434(A)/08-20; 435(A)/08-20; 436(0)/09-07; 737(0)/09-07; 438(0)/09-07; 439(0)/09-07; 440(1)/08-23; 441(A)/08-20; 442(A)/08-20; 443(A)/08-20; 444(A)/08-20; 445(A)/08-20; 446(A)/08-20; 447(1)/10-06.

513(2)/10-12; 514(2)/10-12.

7E1(0)/09-21; 7E2(0)/09-21; 700(1)/10-14; 701(0)/09-20; 702(0)/08-30; 703(0)/09-20; 704(0)/09-20; 705(0)/09-20; 709(0)/09-20; 710(0)/09-20; 711(0)/09-20; 713(0)/09-20; 717(1)/10-07; 718(1)/10-07; 719(0)/09-20; 720(0)/09-20; 721(0)/09-20; 722(1)/10-07; 723(1)/10-07; 724(0)/09-20; 725(0)/09-20; 729(0)/09-20; 730(0)/09-20.

10E1(0)/10-08; 10E2(A)/11-01; 1001(1)/10-28; 1002(1)/10-12; 1003(0)/10-08; 1004(0)/10-08; 1005(0)/10-08; 1006(0)/10-08; 1007(0)/10-08; 1008(0)/10-08; 1009(0)/10-08; 1010(0)/10-08; 1011(0)/10-08; 1012(0)/10-08; 1013(0)/10-08; 1016(0)/10-08; 1017(0)/10-08; 1018(0)/10-08; 1019(0)/10-08; 1020(0)/10-08; 1021(0)/10-08; 1022(0)/10-08; 1023(0)/10-08; 1024(0)/10-08; 1029(0)/10-08; 1032(0)/10-08.

11E1(0)/10-15; 11E2(0)/10-15; 1100(0)/10-14; 1101(0)/10-14; 1102(1)/10-22; 1103(1)/10-25; 1104(0)/10-15; 1105(0)/10-14; 1106(0)/10-14; 1107(0)/10-14; 1108(0)/10-14; 1109(0)/10-14; 1110(0)/10-14; 1111(0)/10-15; 1112(0)/10-15; 1113(0)/10-15; 1114(0)/10-15; 1115(0)/10-15; 1118(0)/10-14; 1119(0)/10-14; 1120(0)/10-14; 1121(0)/10-15; 1122(0)/10-15; 1123(0)/10-15; 1124(0)/10-14; 1125(0)/10-14; 1126(0)/10-14; 1127(0)/10-14; 1131(0)/10-14; 1135(0)/10-14; 1142(0)/10-14.

## APPROVALS

4E1(0)/05-04; 4E2(0)/05-04; 404(0)/05-04; 406(0)/05-04; 407(0)/05-04; 408(A)/05-04; 409(0)/05-04; 410(0)/05-04; 411(0)/05-04; 412(0)/05-04; 413(0)/05-04; 414(0)/05-04; 415(0)/05-04; 417(0)/05-04; 418(0)/05-04; 419(0)/05-04; 420(0)/05-04; 421(0)/05-04; 422(0)/05-04; 423(0)/05-04; 424(0)/05-04; 425(0)/05-04; 433(0)/05-04; 432(0)/05-04; 434(0)/05-04; 435(0)/05-04; 436(0)/05-04; 437(0)/05-04; 438(0)/05-04; 439(0)/05-04; 440(0)/05-04; 441(0)/05-04; 442(0)/05-04; 443(0)/05-04; 444(0)/05-04; 445(0)/05-04; 446(0)/05-04; 447(0)/05-04.

513(0)/05-04; 514(0)/05-04.

## ITEM "B" (CONTINUED)

7E1(0)/05-04; 7E2(0)/05-04; 700(0)/05-04; 701(0)/05-04; 702(0)/05-04; 703(0)/05-04; 704(0)/05-04; 705(0)/05-04; 709(0)/05-04; 710(0)/05-04; 711(0)/05-04; 713(0)/05-04; 717(0)/05-04; 718(0)/05-04; 719(0)/05-04; 720(0)/05-04; 721(0)/05-04; 722(0)/05-04; 723(0)/05-04; 724(0)/05-04; 725(0)/05-04; 729(0)/05-04; 730(0)/05-04.

10E1(0)/06-04; 10E2(0)/06-04; 1001(0)/06-04; 1002(0)/06-04; 1003(0)/06-04; 1004(0)/06-04; 1005(0)/06-04; 1006(0)/06-04; 1007(0)/06-04; 1008(0)/06-04; 1009(0)/06-04; 1010(0)/06-04; 1011(0)/06-04; 1012(0)/05-04; 1013(0)/06-04; 1016(0)/06-04; 1017(0)/06-04; 1018(0)/06-04; 1019(0)/06-04; 1020(0)/06-04; 1021(0)/06-04; 1022(0)/06-04; 1023(0)/06-04; 1024(0)/06-04; 1029(0)/06-04; 1032(0)/05-04.

11E1(0)/06-04; 11E2(0)/06-04; 1100(0)/06-04; 1101(0)/06-04; 1102(0)/06-04; 1103(0)/06-04; 1104(0)/06-04; 1105(0)/06-04; 1106(0)/06-04; 1107(0)/06-04; 1108(0)/06-04; 1109(0)/06-04; 1110(0)/06-04; 1111(0)/06-04; 1112(0)/06-04; 1113(0)/06-04; 1114(0)/06-04; 1115(0)/06-04; 118(0)/06-04; 1119(0)/06-04; 1120(0)/06-04; 1121(0)/06-04; 1122(0)/06-04; 1123(0)/06-04; 1124(0)/06-04; 1125(0)/06-04; 1126(0)/06-04; 1127(0)/06-04; 1131(0)/06-04; 1135(0)/06-04; 1142(0)/06-04.

**\*drawing # (revision #)/drawing date.**

# ITEM "C" – Revision of Building Length

## JOB USE

4E1(2)/10-14; 4E2(A)/09-09; 4E3(A)/09-22; 4E4(2)/10-14; 402(A)/09-07; 403(A)/09-07; 404(A)/09-07; 415(A)/09-13; 429(1)/09-21; 430(1)/10-04; 450(1)/09-21.

## APPROVALS

4E1(0)/05-04; 4E2(0)/05-04; 4E3(0)/05-04; 4E4(0)/05-04; 402(0)/05-04; 403(0)/05-04; 404(0)/05-04; 415(0)/05-04; 429(0)/05-04; 430(0)/05-04; 450(0)/05-04.

**\*drawing # (revision #)/drawing date.**

# ITEM "D" – PART I  Revision of Building Width at Roof

## JOB USE

4E1(2)/10-14; 406(1)/09-21; 407(1)/09-21; 408(1)/09-21; 409(1)/09-21; 411(A)/09-13; 412(A)/09-13; 413(A)/09-13; 414(A)/09-13; 415(A)/09-13.

7E1(0)/9-21; 709(0)/09-20; 710(0)/09-20; 711(0)/09-20; 729(0)/09-20; 730(0)/09-20.

10E1(0)/10-08; 1005(0)/10-08; 1006(0)/10-08; 1008(0)/10-08; 1009(0)/10-08; 1010(0)/10-08; 1011(0)/10-08.

11E1(0)/10-15; 1118(0)/10-14; 1119(0)/10-14; 1120(0)/10-14; 1123(0)/10-15; 1124(0)/10-14; 1125(0)/10-14; 1126(0)/10-14; 1127(0)10-14.

## APPROVALS

4E1(0)/05-04; 406(0)/05-04; 407(0)/05-04; 408(A)/05-04; 409(0)/05-04; 411(0)/05-04; 412(0)/05-04; 413(0)/05-04; 414(0)/05-04; 415(0)/05-04.

7E1(0)/05-04; 709(0)/05-04; 710(0)/05-04; 711(0)/05-04; 729(0)/05-04; 730(0)/05-04.

10E1(0)06-04; 1005(0)/06-04; 1006(0)/06-04; 1008(0)/06-04; 1009(0)/06-04; 1010(0)/06-04; 1011(0)/06-04.

11E1(0)/06-04; 1118(0)/06-04; 1119(0)/06-04; 1120(0)/06-04; 1123(0)/06-04; 1124(0)/06-04; 1125(0)/06-04; 1126(0)/06-04; 1127(0)/06-04.

**\*drawing # (revision#)/drawing date.**

# ITEM "D" – PART II Revision of Building Width at 2nd & 3rd Foor

## JOB USE

2E1(2)/09-30; 207(1)/08-04; 208(1)/08-04; 209(1)/08-04; 210(1)/04-04; 211(1)/08-04; 212(1)/08-04.

3E1(1)/09-30; 302(0)/08-04; 303(0)/08-04; 307(0)/08-04; 309(0)/08-04; 310(0)/08-04; 311(0)/08-04.

5E1(B)/09-30; 505(2)/10-13; 506(2)/10-13; 507(0)/08-26; 508(0)/08-26.

6E1(0)/09-08; 600(0)/09-08; 601(0)/09-08; 602(1)/10-14; 611(1)/10-14.

8E1(A)/09-23; 802(0)/09-21; 805(0)/09-21; 806(0)/09-21; 808(0)/09-21; 809(0)/09-21; 810(0)/09-21; 811(1)10-11; 812(0)/09-21; 813(0)/09-21; 815(0)/09-21.

9E1(0)/10-01; 910(0)/09-24; 911(0)/09-24; 912(0)/09-24; 913(0)/09-24; 914(1)/10-11; 915(0)/09-24; 918(0)/09-24; 920(0)/09-24; 927(0)/09-24.

## APPROVALS

2E1(0)/05-04; 207(0)/05-04; 208(0)/05-04; 209(0)/05-04; 210(0)/05-04; 211(0)/05-04; 212(0)/05-04.

3E1(0)/05-04; 302(0)/05-04; 303(0)/05-04; 307(0)/05-04; 309(0)/05-04; 310(0)/05-04; 311(0)/05-04;

5E1(A)/05-04; 505(0)05-04; 506(0)/05-04; 507(0)/05-04; 508(0)/05-04.

6E1(0)/05-04; 600(0)/05-04; 601(0)/05-04; 602(0)/05-04; 611(0)/05-04.

8E1(0)/05-04; 802(0)/05-04; 805(0)/05-04; 806(0)/05-04; 808(0)/05-04; 509(0)/05-04; 810(0)/05-04; 811(0)/05-04; 812(0)/05-04; 813(0)/05-04; 815(0)/05-04.

9E1(0)/06-04; 910(0)/06-04; 911(0)/06-04; 912(0)/06-04; 913(0)/06-04; 914(0)/06-04; 915(0)/06-04; 918(0)/06-04; 920(0)/06-04; 927(0)/06-04.

**\*drawing # (revision #)/drawing date.**

## ITEM "E" – Revision of Central Line of Dimension at the Clear Story Tube Framing from that Shown on Structural Contract Drawings S.6203

### JOB USE

4E1(2)/10-14; 4E2(A)/09-09; 4E3(A)/09-22; 4E4(2)/10-14; 406(1)/09-21; 407(1)/09-21; 408(1)/09-21; 409(1)/09-21; 410(0)/08-19; 411(A)/09-13; 412(A)/09-13; 413(A)/09-13; 414(A)/09-13; 415(A)/09-13; 432(1)/08-23; 433(A)/08-20; 434(A)/8-20; 435(A)/08-20; 436(0)/09-04; 437(0)/09-07; 438(0)/09-07; 439(0)/09-07; 440(1)/08-23; 441(A)/08-20; 442(A)/08-20; 443(A)/08-20; 444(A)/08-20; 445(A)/08-20; 446(A)/08-20; 447(1)/10-06.

7E1(0)/9-21; 7E2(0)/09-21; 7E3(0)/09-20; 7E4(1)/10-14; 705(0)/09-20; 709(0)/09-20; 710(0)/09-20; 711(0)/09-20; 717(1)/10-07; 718(1)/10-07; 719(0)/09-20; 720(0)/09-20; 721(0)/09-20; 722(1)/10-07; 723(1)/10-07; 724(0)/09-20; 725(0)/09-20; 729(0)/09-20; 730(0)/09-20.

10E1(0)/10-08; 10E2(A)/11-01; 10E3(0)/10-08; 10E4(A)/10-14; 1005(0)/10-08; 1006(0)/10-08; 1007(0)/10-08; 1008(0)/10-08; 1009(0)/10-08; 1010(0)/10-08; 1011(0)/10-08; 1013(0)/10-08; 1016(0)/10-08; 1017(0)/10-08; 1018(0)/10-08; 10919(0)/10-08; 1020(0)/10-08; 1021(0)/10-08; 1022(0)/10-08; 1023(0)/10-08; 1024(0)/10-08; 1032(0)/10-08.

11E1(0)/10-15; 11E2(0)/10-15; 11E3(0)/10-15; 11E4(A)/11-01; 11E5(0)/10-15; 1101(0)/10-14; 1106(0)/10-14; 1107(0)/10-14; 1108(0)/10-14; 1109(0)/10-14; 1110(0)/10-14; 1111(0)/10-15; 1112(0)/10-15; 1113(0)/10-15; 1114(0)/10-15; 1115(0)/10-15; 1119(0)/10-14; 1120(0)/10-14; 1123(0)/10-15; 1126(0)/10-14; 1127(0)/10-14;

### APPROVALS

4E1(0)/05-04; 4E2(0)/05-04; 4E3(0)/05-04; 4E4(0)/05-04; 406(0)/05-04; 407(0)/05-04; 408(A)/05-04; 409(0)/05-04; 410(0)/05-04; 411(0)/05-04; 412(0)/05-04; 413(0)/05-04; 414(0)/05-04; 415(0)/05-04; 432(0)/05-04; 433(0)/05-04; 434(0)/05-04; 435(0)/05-04; 436(0)/05-04; 437(0)/05-04; 438(0)/05-04; 439(0)/05-04; 440(0)/05-04; 441(0)/05-04; 442(0)/05-04; 443(0)/05-04; 444(0)/05-04; 445(0)/05-04; 446(0)/05-04; 447(0)/05-04.

7E1(0)/05-04; 7E2(0)/05-04; 7E3(0)/05-04; 7E4(0)/05-04; 705(0)/05-04; 709(0)/05-04 710(0)/05-04; 711(0)/05-04; 717(0)/05-04; 718(0)/05-04; 719(0)/05-04; 720(0)/05-04; 721(0)/05-04; 722(0)/05-04; 723(0)/05-04; 724(0)/05-04; 725(0)/05-04; 729(0)/05-04; 730(0)/05-04.

10E1(0)/06-04; 10E2(0)/06-04; 10E3(0)/06-04; 10E4(0)/06-04; 1005(0)/06-04; 1006(0)/06-04; 1007(0)/06-04; 1008(0)/06-04; 1009(0)/06-04; 1010(0)/06-04; 1011(0)/06-04; 1013(0)/06-04; 1016(0)/06-04; 1017(0)/06-04; 1018(0)/06-04; 1019(0)/06-04; 1020(0)/06-04; 1021(0)/06-04; 1022(0)/06-04; 1023(0)/06-04; 1024(0)/106-04; 1032(0)/05-04.

## ITEM "E" (CONTINUED)

11E1(0)/06-04; 11E2(0)/06-04; 11E3(0)/06-04; 11E4(0)/06-04; 11E5(0)/06-04;
1101(0)/06-04; 1106(0)/06-04; 1107(0)/06-04; 1108(0)/06-04; 1109(0)/06-04;
1110(0)/06-04; 1111(0)/06-04; 1112(0)/06-04; 1113(0)/06-04; 1114(0)/06-04;
1115(0)/06-04; 1119(0)/06-04; 1120(0)/06-04; 1123(0)/06-04; 1126(0)/06-04;
1127(0)/06-04.

**\*drawing # (revision #)/drawing date.**