Turner Construction Co.
Project # 9110
Sarasota Herald Tribune

Friday, December 17, 2004

Mr. Andy Hicks
E & H Steel Corporation
P.O. Box 1170
Midland City, Al. 36350

RE: Sarasota Herald Tribune
40 Goodrich Ave. Sarasota. Florida 34236
Project #: 9110
**E & H Claim for Width at roof and levels 2 & 3**

Dear Mr. Hicks,

This letter is in response to the E & H Steel claim for $9,080.00 to be reimbursed for shop drawing revisions due to annotations by the architect, correcting the roof width and width of levels 2 & 3. This letter involves two E & H Steel claims, the value of which is based on the E & H Steel letter of 11-23-04 advising claims C through H = $28,700.00, less $6,000.00 for the stair landing change. I.e. 5 claims at $4,540.00 per claim.

The first part of this claim concerns the clarification of the roof width. The dimensions were indeed revised twice which involved redrafting by E & H Steel. However, the contract documents obligate E & H to make at least one change as part of the work. An analogy would be that no credit is requested when redrawing is not necessary similarly no add would be justified when redraw is required. In this case the second redraw did require additional work. Turner will recommend approval of 50% of the first $4,540.00 = $2,270.00

The second part involves the building width at levels 2 & 3. After review of the documents and shop drawing trail it appears that E & H Steel revised the shop drawings once to comply with ASI 007. Thus, using the logic above, the claim for redraw on levels 2 & 3 can not be supported by Turner and is denied.

PCO-027 is the tracking number for this issue. Please resubmit the revised E & H Steel claim for $2,270.00 and we will follow for formal approval with the owner.

Sincerely,

Nick Slagg
Project Manager

CC: Messrs. Kalsi, Charles, Elswick, France, DeMuth, file 05120,
PCO-027



EXHIBIT
I

C:\Documents and Settings\lcharles\Local Settings\Temporary Internet Files\OLK10A9\Claim for building width at roof and levels 2 and 3 12-17-04.RTF

Turner Construction Co.
Project # 9110
Sarasota Herald Tribune