Turner Construction Company
Project #9110
Sarasota Herald Tribune

Wednesday, November 24, 2004

Mr. Andy Hicks
E & H Steel Corporation
P.O. Box 1170
Midland City, Al. 36350

RE: Sarasota Herald Tribune
40 Goodrich Ave. Sarasota Florida 34236
Project #: 9110
RFP No. PCO - 089

Dear Mr. Hicks,

Enclosed are the documents associated with PCO-089 including Field Welding Inspections by Jenkins and Charland's letter dated 11-15-2004.

Please provide a detailed estimate referencing the following **PCO Number – 089** for the following general description, Revised steel inspection / welding requirements / erection requirements. The scope of work upon which to base your quotation includes expedited structural steel welding. Provide a full labor, material and equipment estimate indicating all quantities broken down into credits and adds. Substantiate any schedule impact associated with the change.

By receipt of this letter you are authorized to proceed in the field with the scope of work indicated above. Please provide a written quotation by 11/27/2004.

If you have any questions or require any further assistance, please don't hesitate to call me.

Sincerely,



Cass Elswick
Project Engineer

cc: File PCO-089, B. DeMuth, N. Slagg, D. France, B. Denis, B. Smith



G:\N. Slagg, Sarasota Herald Tribune\Contractors\Structural & Miscelaneous Steel\RFP PCO-089 11-24-2004.RTF

EXHIBIT
J