# E & H Steel Contracting
3635 East Highway 134 / Midland City, Alabama
Phone 334-983-5636 / Fax 334-983-6173

November 30, 2004

Nick Slagg
Turner Construction Co.
40 Goodrich Avenue
Sarasota, Florida 34236

Re:       Sarasota Herald Tribune
          E & H Steel Job # F04-009

Subject:  Field directives from Structural Engineer

Nick:

It is E & H Steel's understanding that the structural engineers have verbally directed our erector, Coastal Steel, to field weld any bolted column splice connection which has a gap that they can "stick a sheet of paper into" in those splices where finished ends of the steel comes together.

E & H Steel strongly objects to this verbal directive. We believe the bolted column splice connections are contractually governed by the AISC Manual of Steel Construction (9th Edition) Part 5, Specifications and Codes, Chapter M, page 5-90, section M4 paragraph 4 (copy attached). Also by the AISC Code of Standard Practice for Steel Buildings and Bridges (March 7, 2000 Edition) page 30, Section 6, paragraph 6.2.2 including commentary on top of page 31 (copy attached). Plus the Manual of Steel Construction (9th Edition ASD) Chapter M at M4 paragraph 4 (copy attached) and finally the Manual of Steel Construction (3rd Edition LRFD) at page 14-11 at paragraph entitled Fit-up of Column Splices (copy attached).

Basically, E & H Steel's position is any gap of 1/16" of an inch or less requires no welding or shimming. For gaps exceeding 1/16" of an inch but not exceeding ¼" of an inch no welding is required, only shimming. Remedial welding is only required where gaps exceed 1/4" of an inch.

Accordingly, E & H Steel will not be performing any welding on bolted column splice connections unless the gap exceeds ¼" of an inch measured with an instrument depicting marks at 1/16" of an inch. We will not be using sheets of paper to make our measurements.

An actual field review by E & H Steel of the bolted column splices revealed no gaps exceeding ¼" of an inch. There are a few (2 or 3) which exceed 1/16" of an inch and those gaps will be shimmed in accordance with the Code/Standards.

Page 1 of 2



EXHIBIT K

Yours truly,

*Lyle Charles*

Lyle Charles
Chief Operating Officer
E & H Steel Contracting

Cc:    Bernie DeMuth
       Bill Dennis
       Cass Elswich
       Andy Hicks
       Scott Quattlebaum
       Jimmy Henderson
       Lee Wells
       Ellison Marsil

Case 1:05-cv-01135-MEF-SRW    Document 1-12    Filed 11/30/2005    Page 3 of 10

# Manual of

# STEEL CONSTRUCTION

## Allowable Stress Design



### Ninth Edition

### 4. Finished Surfaces

Machine-finished surfaces shall be protected against corrosion by a rust-inhibiting coating that can be removed prior to erection, or which has characteristics that make removal prior to erection unnecessary.

### 5. Surfaces Adjacent to Field Welds

Unless otherwise specified in the design documents, surfaces within 2 in. of any field weld location shall be free of materials that would prevent proper welding or produce toxic fumes during welding.

## M4. ERECTION

### 1. Alignment of Column Bases

Column bases shall be set level and to correct elevation with full bearing on concrete or masonry.

### 2. Bracing

The frame of steel skeleton buildings shall be carried up true and plumb within the limits defined in the *Code of Standard Practice* of the American Institute of Steel Construction. Temporary bracing shall be provided, in accordance with the requirements of the *Code of Standard Practice*, wherever necessary to take care of all loads to which the structure may be subjected, including equipment and the operation of same. Such bracing shall be left in place as long as may be required for safety.

Wherever piles of material erection equipment or other loads are supported during erection, proper provision shall be made to take care of stresses resulting from such loads.

### 3. Alignment

No permanent bolting or welding shall be performed until as much of the structure as will be stiffened thereby has been properly aligned.

### 4. Fit of Column Compression Joints

Lack of contact bearing not exceeding a gap of $\frac{1}{16}$-in., regardless of the type of connection used (partial-penetration, groove-welded or bolted), shall be acceptable. If the gap exceeds $\frac{1}{16}$-in., but is less than $\frac{1}{4}$-in., and if an engineering investigation shows sufficient contact area does not exist, the gap shall be packed with non-tapered steel shims. Shims may be of mild steel, regardless of the grade of the main material.

### 5. Field Welding

Shop paint on surfaces adjacent to welds shall be wire-brushed to reduce paint film to a minimum.

# Code of Standard Practice for Steel Buildings and Bridges

March 7, 2000

Supersedes the June 10, 1992 AISC *Code of Standard Practice for Steel Buildings and Bridges* and all previous versions.

Prepared by the American Institute of Steel Construction, Inc. under the direction of the AISC Committee on the Code of Standard Practice and approved by the AISC Board of Directors.



**AMERICAN INSTITUTE OF STEEL CONSTRUCTION, INC.**
One East Wacker Drive, Suite 3100, Chicago, Illinois 60601-2001

# Manual of

# STEEL CONSTRUCTION

## Allowable Stress Design

*Ninth Edition*



inhibiting coating that can be removed prior to erection, or which has characteristics that make removal prior to erection unnecessary.

**5. Surfaces Adjacent to Field Welds**

Unless otherwise specified in the design documents, surfaces within 2 in. of any field weld location shall be free of materials that would prevent proper welding or produce toxic fumes during welding.

## M4. ERECTION

**1. Alignment of Column Bases**

Column bases shall be set level and to correct elevation with full bearing on concrete or masonry.

**2. Bracing**

The frame of steel skeleton buildings shall be carried up true and plumb within the limits defined in the *Code of Standard Practice* of the American Institute of Steel Construction. Temporary bracing shall be provided, in accordance with the requirements of the *Code of Standard Practice*, wherever necessary to take care of all loads to which the structure may be subjected, including equipment and the operation of same. Such bracing shall be left in place as long as may be required for safety.

Wherever piles of material, erection equipment or other loads are supported during erection, proper provision shall be made to take care of stresses resulting from such loads.

**3. Alignment**

No permanent bolting or welding shall be performed until as much of the structure as will be stiffened thereby has been properly aligned.

**4. Fit of Column Compression Joints**

Lack of contact bearing not exceeding a gap of 1/16-in., regardless of the type of splice used (partial-penetration, groove-welded or bolted), shall be acceptable. If the gap exceeds 1/16-in., but is less than 1/4-in., and if an engineering investigation shows sufficient contact area does not exist, the gap shall be packed with non-tapered steel shims. Shims may be of mild steel, regardless of the grade of the main material.

**5. Field Welding**

Shop paint on surfaces adjacent to welds shall be wire-brushed to reduce paint film to a minimum.

responsibility for touch-up painting, cleaning and field-painting shall be allocated in accordance with accepted local practices, and this allocation shall be set forth explicitly in the design documents.

**7. Field Connections**

As erection progresses, the work shall be securely bolted or welded to take care of all dead load, wind and erection stresses.

## M5. QUALITY CONTROL

The fabricator shall provide quality control procedures to the extent that he deems necessary to assure that all work is performed in accordance with this Specification. In addition to the fabricator's quality control procedures, material and workmanship at all times may be subject to inspection by qualified inspectors representing the purchaser. If such inspection by representatives of the purchaser will be required, it shall be so stated in design documents.

**1. Cooperation**

As far as possible, all inspection by representatives of the purchaser shall be made at the fabricator's plant. The fabricator shall cooperate with the inspector, permitting access for inspection to all places where work is being done. The purchaser's inspector shall schedule his work for minimum interruption to the work of the fabricator.

**2. Rejections**

Material or workmanship not in reasonable conformance with the provisions of this Specification may be rejected at any time during the progress of the work. The fabricator shall receive copies of all reports furnished to the purchaser by the inspection agency.

**3. Inspection of Welding**

The inspection of welding shall be performed in accordance with the provisions of Sect. 6 of the AWS *Structural Welding Code—Steel*, D1.1.

When nondestructive testing is required, the process, extent and standards of acceptance shall be defined clearly in the design documents.

**4. Inspection of Slip-critical, High-strength Bolted Connections**

The inspection of slip-critical, high-strength bolted connections shall be in accordance with the provisions of the RCSC *Allowable Stress Design Specification for Structural Joints Using ASTM A325 or A490 Bolts*.

# MANUAL of STEEL CONSTRUCTION



## Load and Resistance Factor Design

## Third Edition

than oversized holes to allow for tolerances
ually furnished from ASTM A36 steel plate.
  ally have holes that are $1/16$-in. larger
st be suitable for the forces to be transferred.

ally loaded compression members subject to
placement or overturning of columns due to
ection. Additionally, high-strength steels are
ending with heat may materially affect their

### Rods

tensile force $T_u$, a more positive anchorage
d in Figure 14-9b, are used. With adequate
either a tensile failure of the anchor rod or the
d from the head (Marsh and Burdette, 1985)
te (1985) showed that the head of the anchor
e use of an additional washer or plate does not
hreading shown in Figure 14-9c is acceptable
d to the rod to prevent the rod from turning

dings do not require special anchor-rod nut
hor rod, and the anchor-rod nuts should be
erected, per ANSI A10.13 Section 9.6. This
pr    es as recommended for snug-tightened
C    specification. That is, most anchor-rod
ronworker with an ordinary spud wrench.
ed representative for design, the performance
ve elongation of the anchor rods under tensile
es of applications that may require pretension
foundations, moment-resisting column bases
ds or where load reversal might result in the
rods.
tied, care must be taken in the design of the
r rod. The shaft of the anchor rod must be
e rod is free to elongate as it is pretensioned.
ncrete must be taken into account. Although
s beyond the scope of this Manual, it should
d for anchorage devices that have not been
ioned.

ilable length of column sections, or when it
lumn size at a given floor level, it becomes

necessary to splice two columns together. Column splices at the final exterior and interior perimeter and at interior openings must be located a minimum of 48 in. above the finished floor to accommodate the attachment of safety cables, except when constructability does not allow. For simplicity and uniformity, other column splices should be located at the same height. Note that column splices placed significantly higher than this are impractical in terms of field assembly.

### Fit-Up of Column Splices

From LRFD Specification Section M2.6, the ends of columns in a column splice which depend upon contact bearing for the transfer of axial forces must be finished to a common plane by milling, sawing, or other suitable means. In theory, if this were done and the pieces were erected truly plumb, there would be full-contact bearing across the entire surface; this is true in most cases. However, LRFD Specification Section M4.4 recognizes that a perfect fit on the entire available surface will not exist in all cases.

A $1/16$-in. gap is permissible with no requirements for repair or shimming. During erection, at the time of tightening the bolts or depositing the welds, columns will usually be subjected to loads which are significantly less than the design loads. Full scale tests (Popov and



*Fig. 14-10. Concrete cone subject to pull-out.*

Steven, 1977) which progressed to column failure have demonstrated that subsequent loading to the design loads does not result in distress in the bolts or welds of the splice.

If the gap exceeds $^1/_{16}$-in., but is less than $^1/_4$-in., non-tapered steel shims are required if sufficient contact area does not exist. Mild steel shims are acceptable regardless of the steel grade of the column or bearing material. If required, these shims must be contained, usually with a tack weld, so that they cannot be worked out of the joint.

There is no provision in the LRFD Specification for gaps larger than $^1/_4$-in. When such a gap exists, an engineering evaluation should be made of this condition based upon the type of loading transferred by the column splice. Tightly driven tapered shims may be required or the required strength may be developed through flange and web splice plates. Alternatively, the gap may be ground or gouged to a suitable profile and filled with weld metal.

### Lifting Devices

As illustrated in Figure 14-11, lifting devices are typically used to facilitate the handling and erection of columns. When flange-plated or web-plated column splices are used on W-shape columns, it is convenient to place lifting holes in these flange plates as illustrated in Figure 14-11a. When butt-plated column splices are used, additional temporary plates with lifting holes may be required as illustrated in Figure 14-11b. W-shape column splices which do not utilize web-plated or butt-plated column splices, i.e., groove-welded column splices, may be provided with a lifting hole in the column web as illustrated in Figure 14-11c. While a hole in the column web reduces the cross-sectional area of the column, this reduction will seldom be critical since the column is sized for the loads at the floor below and the splice is located above the floor. Alternatively, auxiliary plates with lifting holes may be connected to the column so that they do not interfere with the welding. Typical column splices for tubes and box-columns are illustrated in Figure 14-11d. Holes in lifting devices may be drilled, reamed, or flame cut with a mechanically guided torch. In the latter case, the bearing surface of the hole in the direction of the lift must be smooth.

The lifting device and its attachment to the column must be of sufficient strength to support the weight of the column as it is brought from the horizontal position (as delivered) to the vertical position (as erected); the lifting device and its attachment to the column must be adequate for the tensile forces, shear forces, and moments induced during handling and erection.

A suitable shackle and pin are connected to the lifting device while the column is on the ground. The steel erector usually establishes the size and type of shackle and pin to be used in erection and this information must be transmitted to the fabricator prior to detailing. Except for excessively heavy lifting pieces, it is customary to select a single pin and pinhole diameter to accommodate the majority of structural steel members, whether they are columns or other heavy structural steel members. The pin is attached to the lifting hook and a lanyard trails to the ground or floor level. After the column is erected and connected, the pin is removed from the device by means of the lanyard, eliminating the need for an ironworker to climb the column. The shackle pin, as assembled with the column, must be free and clear, so that it may be withdrawn laterally after the column has been landed and stabilized.

The safety of the structure, equipment, and personnel is of utmost importance during the erection period. It is recommended that all welds that are used on the lifting devices and stability devices be inspected very carefully, both in the shop and later in the field, for any damage that may have occurred in handling and shipping. Groove welds frequently are inspected with ultrasonic methods (UT) and fillet welds are inspected with magnetic particle (MT) or liquid dye penetrant (PT) methods.