AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____
SOUTHERN DIVISION

E & H Steel Contracting, Inc.

V.

Turner Construction Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv1135-F

TO: (Name and address of Defendant)
Turner Construction Company
c/o The Corporation Company (Registered Agent)
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Glasgow
Farmer, Price, Hornsby & Weatherford, LLP
P. O. Drawer 2228
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  _Debra P. Hackett_     DATE  12/2/05

(By) DEPUTY CLERK