DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET  P. O. Box 711
MONTGOMERY, ALABAMA 36104  36101

**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**3. Service Type** CERTIFIED
**Article Number:** 7111 1670 5840 0000 0153

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature (☐ Addressee or ☐ Agent)
X  J. Hanson

B. Received By: (Please Print Clearly)

C. Date of Delivery: 12-6-05

D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City          State          ZIP + 4 Code

7111 1670 5840 0000 0153

1. Article Addressed To:
Turner Construction
THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE, STE. 204
MONTGOMERY AL 36109

1:05CV1135-F
STC