IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E&H STEEL CONTRACTING, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:05cv1135-F |
| v. | ) | |
| | ) | |
| TURNER CONSTRUCTION COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## NOTICE OF APPEARANCE

COMES NOW Robert C. Lockwood of Wilmer & Lee, P.A., P.O. Box 2168, Huntsville, AL 35804, and files this Notice of Appearance as counsel for Defendant, Turner Construction Company. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Respectfully submitted this 23rd day of December, 2005.

WILMER & LEE, P.A.

By: _____
Robert C. Lockwood
ASB-2983-L71R

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

Elizabeth H. Glasgow
Edward M. Price, Jr.
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, Alabama 36302

This the 23rd day December, 2005.

By: _____
OF COUNSEL