IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CONTRACTING, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1135-MEF |
| TURNER CONSTRUCTION COMPANY, | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion to Dismiss for Improper Venue or in the Alternative, to Transfer (Doc. #5) filed on January 6, 2006, it is hereby ORDERED that:

1. The defendant file all submissions in support of the motion on or before February 1, 2006.

2. The plaintiff file a response which shall include a brief and any evidentiary materials on or before February 21, 2006.

3. The defendant may file a reply brief on or before February 28, 2006.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE