IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E & H STEEL CONTRACTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05-CV-1135 |
| | ) | |
| TURNER CONSTRUCTION COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, E&H Steel Contracting, Inc. ("E&H"), requests that David W. Mockbee, Esq. and Mary Elizabeth Hall, Esq., Mockbee, Hall & Drake, P.A., Lamar Life Building, Suite 1000, 317 East Capitol Street, Jackson, Mississippi 39201, telephone (601) 353-0035, be admitted pro hac vice in the above litigation as counsel for E&H pursuant to Local Rule 83.1(b), and would respectfully represent to the Court as follows:

a.  David W. Mockbee (Mississippi State Bar No. 3396), and Mary Elizabeth Hall (Mississippi State Bar No. 9169), certify that they are members in good standing of the bar of the State of Mississippi and are admitted to practice before the United States District Courts for the Southern and Northern Districts of Mississippi (Certificates of Good Standing are attached hereto as Exhibits "A" and "B");

b.  David W. Mockbee and Mary Elizabeth Hall submit themselves to the jurisdiction and rules of this Court governing professional conduct in this matter, including Local Rule 83.1(b) in particular; and

c.        Edward M. Price, Jr. and Elizabeth Glasgow, who are members of the bar of this Court and who maintain an office in Alabama for the practice of law, are designated as local counsel with whom this Court and opposing counsel may readily communicate regarding the conduct of the case, and who shall be responsible for the progress of this case, including the trial in default of the non-resident attorneys;

d.        David W. Mockbee and Mary Elizabeth Hall certify that, with this application, they have paid all fees associated with this application.

WHEREFORE, Plaintiff, E&H Steel Contracting, Inc., moves that David W. Mockbee and Mary Elizabeth Hall be granted permission to appear and participate in this litigation pro hac vice as counsel for E&H.

        Respectfully submitted,

        E&H STEEL CONTRACTING, INC.
        By its attorneys,

        FARMER, PRICE, HORNSBY &
        WEATHERFORD, L.L.P.

        By: /s/ Elizabeth Glasgow
        Elizabeth Glasgow
        Edward M. Price, Jr.
        Post Office Drawer 2228
        Dothan, Alabama 36302
        334-793-2424

OF COUNSEL:

DAVID W. MOCKBEE
MARY ELIZABETH HALL
MOCKBEE HALL & DRAKE, P.A.
The Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201
601-353-0035

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by first-class United States mail, properly addressed and postage prepaid on this the _10_ day of January, 2006.

Robert C. Lockwood, Esq.
Attorney for Defendant
P. O. Box 2168
Huntsville, Alabama 35804

Jerry P. Brodsky, Esq.
Attorney for Defendant
Once S.E. Third Avenue, Suite 3050
Miami, Florida 33131

_____
Of Counsel