AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, __J. T. NOBLIN__, *Clerk of this Court,*

certify that __David Watkins Mockbee__, *Bar #* __3396__,

*was duly admitted to practice in this Court on*

__August 8, 1975__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Jackson, Mississippi__ on __January 5, 2006__.
　　　　　　　LOCATION　　　　　　　　　　　　　DATE

__J. T. NOBLIN__　　　　　　　　*Katherine H. Alexander*
CLERK　　　　　　　　　　　　　　DEPUTY CLERK



EXHIBIT A