AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, __J. T. NOBLIN__, *Clerk of this Court,*

*certify that* __Mary Elizabeth Hall__, *Bar #* __9169__,

*was duly admitted to practice in this Court on*

__October 7, 1982__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Jackson, Mississippi__ on __January 5, 2006__.
         LOCATION                              DATE

J. T. NOBLIN
CLERK

*Katherine H. Alexander*
DEPUTY CLERK

EXHIBIT B