IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CONTRACTING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05-CV-1135 |
| ) | |
| TURNER CONSTRUCTION COMPANY ) | |
| ) | |
| Defendant ) | |

### ORDER GRANTING ADMISSION PRO HAC VICE

THIS MATTER having been brought before this Court on the Motion of Plaintiff, E&H Steel Contracting, Inc., requesting that David W. Mockbee, Esq. and Mary Elizabeth Hall, Esq., Mockbee, Hall & Drake, P.A., be admitted pro hac vice in the above litigation as counsel for E&H pursuant to Local Rule 83.1(b), and this Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, that David W. Mockbee, Esq. and Mary Elizabeth Hall, Esq., Mockbee, Hall & Drake, P.A., be admitted pro hac vice in the above litigation as counsel for E&H Steel Contracting, Inc.

SO ORDERED THIS THE ____ DAY OF _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

F:\docs\DenisonD\PLD\20503012 Order.wpd