IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1135-F |
| ) | |
| TURNER CONSTRUCTION ) | |
| COMPANY, ) | |
| ) | |
| *Defendant.* ) | |

### MOTION FOR LEAVE TO FILE EVIDENTIARY MATERIALS OUT OF TIME

COMES NOW the Defendant, Turner Construction Company, and moves for leave to file evidentiary materials, out of time. As grounds therefore, Defendant would show the following:

1. On January 6, 2006, Defendant filed its Motion to Dismiss for Improper Venue or in the Alternative to Transfer.

2. On January 10, 2006, this Honorable Court issued its scheduling order with regard to Defendant's motion. That order clearly required Defendant to file evidentiary materials in support of its motion by February 1, 2006.

3. Defendant's evidentiary materials were not filed on February 1, 2006 through sheer oversight on the part of Defendant's counsel. Defendant's counsel was out of the office on February 1, 2006 and simply failed to check his calendar for any deadlines prior to leaving the office on January 31, 2006.

4. Defendant's counsel recognized his error upon returning to the office on February 2, 2006, and immediately attempted to contact counsel for Plaintiff.

5.  Plaintiff will not be prejudiced in any manner by a delay in filing of Defendant's evidentiary submission. Obviously, Defendant does not object to an extension of all other deadlines in this Court's January 10, 2006 scheduling order.

6.  Defendant's substantial rights could be prejudiced by counsel's error. As the evidentiary materials help to establish, the substantial transactions forming the basis for this action occurred in Sarasota County, Florida and virtually all witnesses and documents pertaining to this action are located in Florida. Defendant could incur substantially increased litigation costs if it were forced to litigate this matter in Alabama solely as a result of an oversight by counsel.

7.  Upon consultation with this Honorable Court's office, Defendant is not filing its evidence contemporaneously with this motion in the event that this Honorable Court may deny the motion. In order to avoid any potential prejudice to Plaintiff, Defendant will provide Plaintiff's counsel with a copy of the proposed evidence contemporaneously with the filing of this motion.

WHEREFORE, premises considered, Defendant respectfully requests that this Honorable Court grant Defendant leave to file its evidentiary materials filed out of time. Defendant further requests that this Honorable Court enter an order extending the deadlines of its January 10, 2006, as appropriate.

Respectfully submitted this 2nd day of February, 2006.

**WILMER & LEE, P.A.**

By: _____
Robert C. Lockwood
ASB-2983-L71R

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

Elizabeth H. Glasgow
Edward M. Price, Jr.
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, Alabama 36302

This the 2nd day February, 2006.

                              By: _____
                                   OF COUNSEL