IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CONTRACTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-1135-MEF |
| | ) |
| TURNER CONSTRUCTION COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Evidentiary Materials Out of Time (Doc. #9) filed on February 2, 2006, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the defendant's motion to dismiss which shall include a brief and any evidentiary materials on or before February 24, 2006. The defendant may file a reply brief on or before March 3, 2006.

DONE this the 6th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE