
Turner Annual Review 2004
EXHIBIT
tabbies
B
Turner
BUILDING THE FUTURE

# Turner provides building services to leading developers, institutions and companies who recognize the value of a partner who works diligently and creatively to find the best possible solution for every project.

## CORE VALUES

**INTEGRITY**

We remain true to our founding values of quality, honesty and hard work. We have the highest ethical standards in the industry. We "do the right thing." Turner is a company based on trust. Turner is consistently associated with the highest standards of service, quality, personal attention to clients and integrity. Because of this reputation the company has the privilege of leading some of the highest profile, one-of-a-kind projects.

**TEAMWORK**

We recognize that our primary asset is people. To be successful, Turner must be a rewarding place to work. We provide opportunity and encouragement to help our people reach their potential. We work with our clients as a team. Mutual respect provides the foundation for our success.

**COMMITMENT**

We are proactive in finding solutions for our clients that best achieve their goals. Lasting relationships are the lifeblood of our business. We want clients to feel that our staff is even more committed to the effort than their own staff — that's what distinguishes us. Personal attention to our clients as individuals — caring about them as individuals: that is one of our hallmarks. Our founder, Henry C. Turner, referred to our clients, appropriately, as our "respected friends."

**FINANCIAL HIGHLIGHTS**

(all figures in thousands of U.S. dollars)

| For the years ended December 31, | 2003 | 2004 |
|---|---|---|
| Value of construction completed | $ 6,126,157 | **$ 6,999,339** |
| Earnings from construction contracts | 214,802 | **215,276** |
| Income from construction operations | 58,069 | **47,222** |
| Income before income taxes | 75,895 | **69,075** |
| Net income | $ 44,871 | **$ 39,335** |

| As of December 31, | 2003 | 2004 |
|---|---|---|
| Total assets | $ 2,377,407 | **$ 2,627,281** |
| Total liabilities | $ 2,001,761 | **$ 2,281,542** |
| Stockholder's equity | 375,646 | **345,739** |
| Total liabilities and stockholder's equity | $ 2,377,407 | **$ 2,627,281** |
| Construction backlog—volume | $ 6,888,686 | **$ 7,702,709** |
| Construction backlog—earnings | $ 223,197 | **$ 228,637** |



*From top to bottom:*

**Thomas C. Leppert**
Chairman and Chief Executive Officer

**Peter J. Davoren**
President and Chief Operating Officer

**Rodney J. Michalka**
Executive Vice President

## Dear shareholders, friends and colleagues:

## As we look back on 2004, Turner, once again, has a tremendous story to tell.

In my role, I have the opportunity to tell that story to both individuals and large groups inside the organization, within our industry and often beyond the construction arena. I'm often asked, "What is the secret to Turner's success?"

The secret, quite simply, is that we have a tremendous group of people working for a tremendous company bound together by a common and strong set of values. Last year, we had the highest level of sales, developed initiatives, cleared difficult hurdles, delivered projects as promised and continued to build our business for the future.

### RECORD-BREAKING YEAR

2004 was the most successful year ever for Turner. A remarkable feat in an industry with declining margins and stiff competition. This success was built on the structural and organizational moves we have made in the last few years.

We have implemented services that provide clients with added value. These services, which include Turner Casualty and Surety (TCS) and Turner Logistics, have strengthened our core business and helped to differentiate our offerings in a fragmented industry.

We have focused on and organized ourselves around key segments. Staff that are specialized in delivering projects in particular building types combined with staff that know the local market bring a high level of service to clients. This has resulted in strong performance in a number of segments, including healthcare, education and science, and commercial and retail.

**The combination of expanding our offering of valuable products and services and leveraging our position in key sectors has paved the way for the strong performance we have seen in recent years.**

Our fundamental strength remains our local offices and the activities of our staff and their communities. That local base of knowledge combined with the broader experience, products and services gained from the collective strength of the Turner network has continued to generate exceptional value for our clients. It is this balance that brings us success and the opportunity to grow.



SCHOOL

## VALUE-ADDED SERVICES

Turner provides a variety of value-added services to help clients maximize their return on investment at every stage of the building process.

Turner Casualty and Surety provides cost-effective insurance protection and industry-leading risk management programs. Through innovative training and education programs, we provide tools, knowledge and resources needed to increase safety, reduce risk and improve loss control.

Turner Logistics leverages our purchasing power to improve materials and equipment selection, expedite deliveries and save money. Turner Facilities Management Solutions helps clients plan and construct buildings designed to reduce life-cycle costs.

We also offer Turner Talk, a Web-based project management solution that improves construction team scheduling and collaboration, and Turner Knowledge Network, an online training and knowledge-sharing tool.

## INTERNATIONAL SUCCESS

The success of our international operations can be measured in many ways. One way is the trust clients have placed in us time and time again to work on projects that are structurally challenging to build and architecturally interesting. For example, while topping out the world's tallest building we broke ground on what is anticipated to be the world's next tallest building.

Turner Construction - International continues to demonstrate the strength of its value-added services with further expansion of its core business in the Middle East and demographic diversification into Greater China, Russia and the Caribbean. As the business grows, our client driven services continue to focus on meeting their needs through operational excellence.

DEPARTMENT OF THE TREASURY
Washington, DC




EMIRATES PALACE HOTEL
Abu Dhabi, United Arab Emirates
©2005 Kempinski

## LEVERAGING OUR STRENGTHS

Our people are driven and innovative, and there are many initiatives on the horizon in terms of ways to leverage the things we do well.

We will continue to build on the services introduced that are so successful. Turner Logistics is a perfect example. Our Medical and Research Product Solution group is providing new ways to assist our healthcare clients by procuring the technology that goes into these buildings. Their efforts bring down the cost and secure the equipment in a timely manner.

Turner Casualty and Surety made real strides in merging risk management measures into the business units by integrating claims, safety and operations. We have also partnered with Liberty Mutual to create a fall safety program. We've seen clear, positive results from our efforts and have significantly reduced the number of incidents on our worksites. We have also created a Construction Defects Task Force to pioneer approaches to the challenges in our industry.

Another risk management tool we are developing with our parent company HOCHTIEF is Virtual Construction (ViCon), to aid in preconstruction efforts. ViCon allows the construction team to virtually model a construction project and tie it to the actual construction schedule. This tool provides clients, Turner, and other team members a unique perspective, which offers better foresight into construction challenges and enables the team to develop solutions before going into the field.

With the inherent strength of 5,500 highly educated and trained employees, we are continuing to direct our resources to projects that provide the best opportunities for Turner and value for clients.

The continued training and development of our people is critical to our future success. Several years ago, we introduced Turner Knowledge Network (TKN). TKN is doing an increasingly outstanding job of providing opportunities for knowledge and skill sharing among our employees. To date, employees have logged 37,000 hours of online learning.




## MARKET SEGMENT EXPERTISE

Turner is a leader in most building industry segments, including commercial, education, sports, hotels/motels, healthcare, pharmaceutical, multi-unit residential, justice and entertainment/public assembly.

The staff in our market segment units have years of experience in costing, planning, building and delivering industry specific projects. This experience – when combined with our local presence and value-added service capabilities – enables us to move projects forward more quickly, manage costs more effectively and deliver results that exceed our clients' expectations time after time.

## COMMITMENT TO SUSTAINABLE CONSTRUCTION

Turner is committed to the increased adoption of sustainable construction practices. We believe "Green" buildings are not only good for the environment, they provide benefits for building owners and occupants.

Turner's extensive experience has enabled us to create a detailed databank of cost-effective "Green" materials, processes and suppliers to assist our clients. From our experience, the costs associated with these projects can be contained to a range comparable to traditionally constructed buildings.

NATIONAL WORLD WAR II MEMORIAL
Washington, DC

## BUILDING RELATIONSHIPS

Turner, like all businesses, has an obligation to mirror the local communities in both its workforce and the work it does in those markets. Diversity is a business initiative—companies can't survive in today's arena without it. Turner is committed to diversity. It is important that diversity is reflected in both our employees and the people we work with. We've made great strides, and won many awards for our efforts, plus recognition from the U.S. Civil Rights Commission as a company with best practices in diversity.

Internally, our recruiting efforts are strong, and as a result, we have seen an approximate 50 percent recruitment rate for women and people of color among our entry-level professional hires. Externally I'm confident that we are building America with an equal playing field.

**Since 1980, Turner's total awards to minority- and woman's business enterprises (M/WBEs) and involvement with M/WBE joint venture partnerships have exceeded $11 billion.** Turner's objective is to increase the visibility, improve the economic viability and expand opportunities for these businesses. For more than 30 years, Turner has trained more than 20,000 M/WBE companies through The Turner School of Construction Management. This program leads these firms through several weeks of topics like safety, risk management, estimating and project management.

## STRATEGIC RELATIONSHIP

Another important relationship for Turner is the one we have with our parent company, HOCHTIEF. While we've always had a cooperative, mutually beneficial relationship, steps were taken to further strengthen the network between the two companies. For example, we have had success in the pharmaceutical market segment, where we've leveraged Turner relationships to bring European construction opportunities to HOCHTIEF. Through our relationship with HOCHTIEF, we became the largest shareholder of Aecon Group, Inc., Canada's largest publicly traded construction and infrastructure development company. Working together to combine our complementary skills has made our organization stronger.

## GOING GREEN

There's an old proverb that I like: Raise your sail one foot and you get ten feet of wind. This fall Turner raised its sail – a "Green" sail – and unleashed a commitment to sustainable construction. Turner is known for doing the right thing, and building "Green" is the responsible thing to do. But it is also a very strong market for us. We're already finding that architects and clients are looking to us as the company with the most "Green" experience in the industry.

Our commitment to "Green" doesn't end with marketing opportunities. **Turner is implementing internal policies that reinforce our belief in sustainability and renewable energy.** Turner has begun a recycling program on our projects. We are sponsoring the

RIVERSIDE McCONNELL HEART HOSPITAL
Columbus, OH

**WORK-IN-PLACE: VALUE OF CONSTRUCTION COMPLETED**

| By Building Type<br>Millions of U.S. Dollars | 2000 | 2001 | 2002 | 2003 | **2004** |
|---|---|---|---|---|---|
| Commercial/Retail | $ 1,334 | $ 1,429 | $ 1,273 | $ 1,083 | **$ 1,445** |
| Interiors/Renovations | 1,118 | 1,291 | 1,040 | 1,026 | **1,599** |
| Pharmaceutical/Manufacturing | 708 | 776 | 719 | 573 | **532** |
| Education/Science | 411 | 578 | 708 | 947 | **1,276** |
| Healthcare | 461 | 409 | 501 | 747 | **911** |
| Public/Justice | 333 | 252 | 393 | 335 | **262** |
| Sports/Entertainment | 883 | 857 | 727 | 475 | **245** |
| Residential/Hotel | 383 | 480 | 717 | 725 | **502** |
| Aviation/Other | 151 | 195 | 168 | 215 | **229** |




**TOTAL**
BILLIONS OF U.S. DOLLARS





**FRED HUTCHINSON CANCER RESEARCH CENTER PUBLIC HEALTH SCIENCES BUILDING Seattle, WA**

**SALES: VALUE OF NEW CONTRACTS SECURED**

| By Building Type<br>Millions of U.S. Dollars | 2000 | 2001 | 2002 | 2003 | **2004** |
|---|---|---|---|---|---|
| Commercial/Retail | $ 1,296 | $ 1,571 | $ 1,265 | $ 1,246 | **$ 1,515** |
| Interiors/Renovations | 1,299 | 1,081 | 1,151 | 1,186 | **1,354** |
| Pharmaceutical/Manufacturing | 766 | 546 | 529 | 740 | **313** |
| Education/Science | 357 | 660 | 806 | 1,490 | **1,292** |
| Healthcare | 348 | 651 | 760 | 1,205 | **1,344** |
| Public/Justice | 160 | 326 | 482 | 99 | **534** |
| Sports/Entertainment | 671 | 820 | 480 | 312 | **194** |
| Residential/Hotel | 290 | 834 | 798 | 430 | **375** |
| Aviation/Other | 262 | 88 | 385 | 310 | **518** |




**TOTAL**
BILLIONS OF U.S. DOLLARS




US Green Building Council's Emerging Green Builders program at the national and local levels. We have created a Green Advisory Board of outside experts to help guide our efforts, provide feedback and enable us to maintain our leadership position.

WELL-POSITIONED FOR 2005

We have the resources, knowledge and reputation, but it is our people who are building the quality projects that Turner is known for.

Turner is growing, but it's important that we are growing in areas in which we have the strongest advantage and ability to provide value to our clients. Growth for growth's sake is always a mistake. We are growing strategically, and that continues to be our mission in 2005.

Each generation reaps what the former generation has sown. We are fortunate to have the heritage of an organization that has endured difficult challenges in our country's history. **Through our 103 years of history, we have always been led by the values established by our founder, Henry Turner: Integrity, Commitment and Teamwork.** These values are the foundation for our success and will continue into the future.

We thank our clients, staff and all the people we work with for the successes of the past and the promise of the future – a very bright future, indeed. From California to the Carolinas, Florida to Texas, and Dubai to Taipei. We're not only building buildings, but we are building places for economies to grow, people to be healed, children to learn and products to be manufactured. Together, we are Building the Future – and proud to leave our mark on the world, for generations to come.

Best regards,

Thomas C. Leppert
Chairman and Chief Executive Officer

May 16, 2005

## TURNER OFFICE NETWORK

**THE TURNER CORPORATION**
Dallas, Texas 75202
901 Main Street. Suite 4900
(214) 915-9600

**TURNER CONSTRUCTION COMPANY**

**Alabama**
*Turner Universal*
Huntsville, AL 35806*
336 James Record Road
(256) 461-0568

**Arizona**
Tempe, AZ 85281
325 South 48th Street Suite 111
(480) 557-4700

**California**
Los Angeles, CA 90013*
555 West Fifth Street. Suite 3700
(213) 891-3000

Oakland, CA 94612
1625 Clay Street
(510) 267-8100

Orange County
Irvine, CA 92602
400 Exchange, Suite 250
(714) 669-7330

Sacramento, CA 95833*
2484 Natomas Park Drive. Suite 101
(916) 614-9311

San Diego, CA 92121
9330 Scranton Road, Suite 150
(858) 320-4040

San Francisco, CA 94108*
450 Sutter Street. Suite 300
(415) 705-8900

San Jose, CA 95113*
142 West Santa Clara Street
(408) 295-7598

**Colorado**
Denver, CO 80222*
1873 S. Bellaire Street. Suite 1200
(303) 753-9600

**Connecticut**
Milford, CT 06460*
440 Wheelers Farm Road. Suite 301
(203) 783-8800

**Florida**
Miami, FL 33130*
1399 S.W 1st Avenue
(786) 621-9000

Orlando, FL 32803
800 North Magnolia Avenue. Suite 500
(407) 210-2500

Tampa, FL 33609
500 North Westshore Boulevard
Suite 620
(813) 287-9420

**Georgia**
Atlanta, GA 30326*
3424 Peachtree Road. N E . Suite 1900
(404) 504-3700

**Illinois**
Arlington Heights, IL 60005
2340 S. Arlington Heights Road
Suite 340
(312) 327-2770

Champaign, IL 61820
1816 South Oak Street, Suite D-1
(217) 353-7890

Chicago, IL 60603*
55 East Monroe Street. Suite 3100
(312) 327-2770

**Indiana**
Indianapolis, IN 46240
9190 Priority Way West Drive. Suite 210
(317) 573-2828

**Maryland**
Columbia, MD 21044
10400 Little Patuxent Parkway.
Suite 200
(410) 715-7240

**Massachusetts**
Boston, MA 02210*
Two Seaport Lane
(617) 247-6400

**Michigan**
Detroit, MI 48226
535 Griswold, Suite 200
(313) 596-0500

**Missouri**
Kansas City, MO 64108*
2345 Grand Boulevard. Suite 1850
(816) 283-0555

**Nevada**
Las Vegas
Henderson, NV 89074
701 North Green Valley Parkway
Suite 200
(702) 990-3360

**New Jersey**
Somerset, NJ 08873*
265 Davidson Avenue
(732) 627-8300

**New York**
Albany, NY 12207
54 State Street
(518) 432-0277

Buffalo, NY 14202
135 Delaware Avenue. Suite 407
(716) 853-1900

Long Island
Melville, NY 11747
290 Broad Hollow Road
(631) 424-5900

New York, NY 10014*
375 Hudson Street
(212) 229-6000

Syracuse, NY 13202
500 South Salina Street
(315) 701-3047

**North Carolina**
Charlotte, NC 28209
5955 Carnegie Boulevard. Suite 125
(704) 554-1001

Raleigh, NC 27607
2301 Rexwoods Drive. Suite 118
(919) 788-8000

**Ohio**
Cincinnati, OH 45202*
250 West Court Street. Suite 300
(513) 721-4224

*Special Projects Division*
Cincinnati, OH 45232
4526 Este Avenue
(513) 542-8801

Cleveland, OH 44115*
The Hanna Building
1422 Euclid Avenue. Suite 1400
(216) 522-1180

Columbus*
Worthington, OH 43085
250 East Wilson Bridge Road
(614) 781-8550

*The Lathrop Company, Inc*
Maumee, OH 43537*
460 W. Dussel Drive
(419) 893-7000

*Service Products Buildings. Inc.*
Maumee, OH 43537*
460 W. Dussel Drive
(419) 893-7000

*Auburndale Company, Inc*
Toledo, OH 43612
4310 Lagrange Street
(419) 476-7300

**Oregon**
Portland, OR 97239
5200 S.W. Macadam Avenue. Suite 370
(503) 226-9825

**Pennsylvania**
Philadelphia, PA 19103*
11 Penn Center
1835 Market Street 21st floor
(215) 496-8800

Pittsburgh, PA 15219*
Two PNC Plaza
620 Liberty Avenue. 27th floor
(412) 255-5400

**Tennessee**
*Turner Universal*
Nashville*
Brentwood, TN 37027
5300 Virginia Way. Suite 200
(615) 231-6300

**Texas**
Dallas, TX 75202*
2001 North Lamar. Suite 100
(214) 721-8400

Houston, TX 77092*
4263 Dacoma
(713) 840-8441

**Washington**
Seattle, WA 98134*
830 4th Avenue South. Suite 400
(206) 505-6600

**Washington, DC**
Arlington, VA 22203*
3865 Wilson Boulevard. Suite 200
(703) 841-5200

*Tompkins Builders, Inc.*
Washington, DC 20005
1333 H Street. N.W.. Suite 200
(202) 789-0770

**TURNER CONSTRUCTION — INTERNATIONAL LLC**
New York, NY 10014
375 Hudson Street
(212) 229-6388

**Asia-Pacific**
Chaoyang District,
100016 Beijing. China
C-315, Beijing Lufthansa Center
50 Liangmaqiao Road
(86) 136-8149-7498

Taipei 100, Taiwan, ROC
No. 8. Song Zhi Road
(886) 2-2725-1628

**Europe**
123100 Moscow. Russian Federation
c/o Mirax Group
1st Krasnogvardeysky
Proyezd 15 ~ Lot 13
(7) 095-721-1000

Tarabya, Istanbul 80880. Turkey
Grand Hotel Tarabya
Kefelikoy Caddesi 10th Floor
(90) 212-229-6565

**Latin America & Caribbean**
West Indies
Port-of-Spain, Trinidad
NIPDEC Car Park
Richmond & Queen Streets
(868) 625-4350

97200 Fort-de-France, Martinique
c/o Societe de Promotion
de la Pointe Simon
42, Rue Garnier Pages (2e etage)
(596) 596-738-592

**Middle East**
Cairo, Egypt
Office #15, 1st Floor
F1-6 Mohamed Galal Street
From Alexander Al Akbar St
Korba, Heliopolis
(20) 2-419-2565

Sultanate of Oman
Ruwi, Muscat 112
P.O. Box 1127
(968) 783-700

Dubai, United Arab Emirates
Gulf Towers Office #603
Block B
P.O. Box 1303
(971) 4-337-0990

Abu Dhabi, United Arab Emirates
Mohammad Alfandi. Mazroui Building
Al Istiglal Street
P.O. Box 89
(971) 2-621-8221

Kuwait City 13120, Kuwait
Al Usaimi Commercial Complex
2nd Floor Block B
Fahd Al Salem Street. Qibla Area
(965) 241-5701

Doah, Qatar
Museum of Islamic Arts
Site Office, Room 19
P.O. Box 24360
(974) 441-4781 x266

Jeddah 21456
Kingdom of Saudi Arabia
P.O. Box 24643
King Fahd Road. Floor 13. Sharafiyah
(966) 2-632-2003 x200

**CASUALTY & SURETY**
Woodcliff Lake, NJ 07677
50 Tice Boulevard
(201) 722-3800

**LOGISTICS**
Hawthorne, NY 10532
4 Skyline Drive
(914) 593-6500

**MARKET SEGMENTS**

**Green Buildings**
Sacramento, CA 95833
2484 Natomas Park Drive. Suite 101
(916) 614-9311

**Healthcare**
Brentwood, TN 37027
5300 Virginia Way. Suite 200
(615) 324-3881

**Industrial**
Huntsville, AL 35806
336 James Record Road
(256) 461-0568

**Interiors**
New York, NY 10014
375 Hudson Street
(212) 229-6178

**Justice**
Indianapolis, IN 46240
9190 Priority Way West Drive
Suite 210
(317) 573-2828

**Pharmaceutical & Biotechnology**
Seattle, WA 98134
830 4th Avenue South. Suite 400
(206) 505-6600

**Public Assembly**
Arlington, VA 22203
3865 Wilson Boulevard. Suite 200
(703) 841-7030

**Sports**
Arlington, VA 22203
3865 Wilson Boulevard. Suite 200
(703) 841-7030

**Transportation**
New York, NY 10014
375 Hudson Street
(212) 229-6229

*Listings are Turner Construction Company offices unless otherwise indicated*

* *Office includes a Special Projects Division or Interiors Group.*

# DIRECTORS AND OFFICERS

**Directors**
Peter J. Davoren
Dr. Wilfried G. Eckert
Dr. Hans-Peter Keitel
Hans-Wolfgang Koch
Thomas C. Leppert
Dr. Herbert Lütkestratkötter
Rodney J. Michalka
Louis P. Salvatore
John O. Whitney

**Officers**
Thomas C. Leppert
*Chairman and Chief Executive Officer*

Peter J. Davoren
*President and Chief Operating Officer*

**Executive Vice Presidents**
William M. Brennan
Russell L. Burns
John A. DiCiurcio
Pasquale A. DiFilippo
Wilfried G. Eckert
Kenneth J. Leach
Rodney J. Michalka
Stuart B. Robinson
Donald G. Sleeman

**Senior Vice Presidents**
Richard C. Bach
Nicholas E. Billotti
Mark A. Boyle
Charles T. Buuck
Thomas B. Gerlach, Jr.
Jeffrey S. Herriman
Uwe Krueger
Saro J. LaScala
Paul D. Little
Nicholas T. Makes
Edward V. McNeill
James I. Mitnick
Michael E. O'Brien
Roderick F. Wille

**Vice Presidents**
Christopher O. Allen
W. Howard Allums
Karl F. Almstead
Patrick J. Aulson
Charles D. Avolio
David C. Beane
John G. Beaudoin
Robert E. Berenguer
Steven R. Berlage
John A. Betts
Gary A. Birdsall
Marcus W. Bloomfield
Herman R. Boyle
Mark J. Breslin
R. Jeffrey Burnham
David C. Butler
William M. Caldwell II
Christopher Carpenito
Charles N. Codding IV
Daniel Cooke
Frank J. Dal Zovi
Jasper J. DeFazio
Rory C. DeJohn
James O. Delaney
Dennis A. Delisle
Paul A. Denehy
John de Ruiter
John P. Dewine
Doug W. Diercksen
Dennis P. Falvey
Stephen W. Fort
James M. Fraser
Joseph P. Glowacki
P. Anthony Gordon
John H. Greenip, Jr.
Beverly M. Harris
Gary J. Heinerichs
Debi A. Herman
Walter F. Heyde
Harvey L. Hirst II
David B. Hiskey
Scott H. Holbrook
Richard P. Homan
Mark J. Iammarino
Christian E. Jahrling
Benjamin H. Kaplan
Clifford P. Kazmierczak
Joseph J. Kilar
Jeffrey A. Klinger
Charles W. Koch
Dale K. Koger
Joseph R. Kovaleski
Michael J. Kuntz
Joseph C. Lazzaro
Robert D. Levine
Richard T. Lombardi
Jeffrey L. Loyall
James C. Makemson
Thomas J. Manahan, Jr.
Geoffrey I. Marshall
Gary R. McCullough
Mary K. McHatton
John S. McIntire
Mark E. Meranda
Robert T. Meyer
Joseph Milicia
R. Steven Mills
Thomas G. Mormino
Bernard E. Morrissey
William G. Morthland
Charles F. Murphy
Michael J. Murphy
Gary J. Negrycz
Bernard P. Newton
Douglas E. Nies
Francis C. O'Connor
Ali H. Odeh
Jayne M. O'Donnell
Thomas J. Paci
Matthew A. Papenfus
John H. Pierce
Neil L. Platz
Rodney Pope
Mark J. Pulsfort
Michael J. Raftery
David S. Reaves
Thomas V. Reilly
Kyle E. Rooney
Ronald L. Rudolph
R. Bruce Ruthven
Gregg D. Scholler
Kevin R. Sharkey
Scott M. Skidelsky
Joel Sloan
Hilton O. Smith
Tomasz M. Stachowiak
Stephen C. Steelman
Richard L. Stoudt, Jr.
Gary E. Stradowski
Karen A. Sweeney
John A. Thomann
Rafael A. Tolentino
Thomas R. Turner
Daniel Von Kossovsky
Nicholas F. Walsh
Richard C. West
Lori V. Willox
John D. Zaring
Christopher J. Zegler
George R. Zinser

**Vice Presidents & Construction Controllers**
Robert M. Bertke
Brent F. Davila
Joseph E. Grande
Mark C. Groskopf
Steven J. Kates
Matthew Rallo


THE TURNER CORPORATION
901 Main Street, Suite 4900
Dallas, Texas 75202
(214) 915-9600
An Equal Opportunity Employer
www.turnerconstruction.com

2050-001





More specifically, 325 domestic firms and 50 involved in international work reported profits for 2003. Forty-nine firms reported a loss in 2003 (32 domestic and 17 international).

Looking at professional staffing, most (a total of 159) of the Top 400 contractors reported that their staffing in 2003 remained the same. A total of 147 contractors reported that they increased their staffing last year, while 60 reported a decrease in 2003 staffing.

Lastly, 203 (23.1%) of the Top 400 contractors reported higher backlogs in 2003. A total of 93 firms reported a backlog decrease; while 69 firms reported no change in backlog figures.

The table in the next column provides a detailed list of the contractors that qualified for membership in the "Billion Dollar Club" for 2003—along with each firm's 2003 ranking and its total construction contract revenue for the year.

Number 400 on the list is Wallick Construction Co. of Reynoldsburg, Ohio, which reported $98.6 million in contract revenue in 2003. Wallick construction replaces IMC Construction of Malvern, Pennsylvania, as number 400. IMC moved up to number 359 in 2003.

**2003 "Billion Dollar Club"**

| Rank | Firm | 2003 Revenue ($Billions) |
|---|---|---|
| 1 | Bechtel | 13.212 |
| 2 | Centex | 8.985 |
| 3 | KBR | 8.030 |
| 4 | Fluor Corp. | 6.703 |
| 5 | The Turner Corp | 5.876 |
| 6 | Skanska USA Inc. | 5.625 |
| 7 | Peter Kiewit Sons' Inc. | 3.558 |
| 8 | Bovis Lend Lease | 3.153 |
| 9 | Foster Wheeler Ltd. | 2.723 |
| 10 | The Shaw Group Inc. | 2.678 |
| 11 | The Clark Construction Group Inc. | 2.485 |
| 12 | Jacobs | 2.277 |
| 13 | Washington Group Intl. Inc. | 2.136 |
| 14 | Gilbane Building Co. | 2.100 |
| 15 | PCL Construction Enterprises Inc. | 2.032 |
| 16 | Structure Tone Inc. | 1.882 |
| 17 | The Whiting-Turner Contracting Co. | 1.876 |
| 18 | APAC Inc. | 1.854 |
| 19 | Hensel Phelps Construction Co. | 1.798 |
| 20 | The Walsh Group | 1.725 |
| 21 | Hunt Construction Group Inc. | 1.650 |
| 22 | Granite Construction Inc. | 1.617 |
| 23 | Swinerton Inc. | 1.617 |
| 24 | CB&I | 1.612 |
| 25 | J.E. DunnGroup | 1.495 |
| 26 | McCarthy Building Cos. Inc. | 1.459 |
| 27 | Perini Corp. | 1.374 |
| 28 | TIC Holdings Inc. | 1.281 |
| 29 | DPR Construction Inc. | 1.271 |
| 30 | Webcor Builders | 1.267 |
| 31 | Parsons | 1.194 |
| 32 | Austin Industries | 1.193 |
| 33 | M.A. Mortenson Co. | 1.102 |
| 34 | The Yates Cos. Inc | 1.100 |
| 35 | Barton Malow Inc. | 1.079 |
| 36 | Brasfield & Gorrie LLC | 1.039 |
| 37 | Walbridge Aldinger | 1.015 |
| 38 | Zachry Construction Corp. | 1.006 |

## Cases & Decisions

¶ 169

### Anti-Subrogation Clause In Construction Agreement Applied To Both Builder And Manufacturer Of Storage Building

*Anderson Hay & Grain Co., Inc., v. United Dominion Industries, Inc., 76 P.3d 1205 (Wash. App. 2003)*

Contracts ⚿ 170(1), 205.15(4), 312(5), 318
Products Liability ⚿ 42
Subrogation ⚿ 35

The contract for construction of three steel hay storage buildings in Washington required the building