IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC., | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) |
| TURNER CONSTRUCTION COMPANY, | ) ) ) ) |
| *Defendant.* | ) |

Civil Action No. 1:05cv1135-MEF-SRW

## MOTION FOR ONE DAY EXTENSION OF DEADLINE FOR FILING REPLY BRIEF WITH REGARD TO VENUE MOTION

COMES NOW the Defendant, Turner Construction Company, and moves for an extension of one business day to file its reply brief on the issue of venue in this case. As grounds therefore, Defendant would show the following:

1. On February 6, 2006, this Honorable Court amended its scheduling order on the venue issue in this case. Under that order, Plaintiff was provided until February 24, 2006 to file a brief and evidentiary submission; and, Defendant was provided until March 3, 2006 to file a reply brief.

2. Wilmer & Lee, P.A. is local counsel representing Defendant. In addition, Peckar & Abramson, P.C., from Miami, Florida is lead counsel for Defendant and has been preparing all materials for filing, although that firm has not entered an appearance in this action. Wilmer & Lee, P.A. promptly notified Peckar & Abramson of this Honorable Court's extension of the deadlines with regard to the venue issue.

3. Counsel for Peckar & Abramson have been engaged in an extensive arbitration for

the last week, and have been unable to prepare a reply brief for submission to this court.

4. Counsel for Peckar & Abramson have committed to Wilmer & Lee, P.A. that they will work on the reply brief over the weekend of March 4 & 5, 2006, and have the brief ready for filing on March 6, 2006.

5. Wilmer & Lee, P.A. has contacted counsel for Plaintiff, and counsel does not oppose this motion.

WHEREFORE, premises considered, Defendant respectfully requests that this Honorable Court grant Defendant an extension of one business day, and allow Defendant to file its reply brief on March 6, 2006.

Respectfully submitted this 3rd day of March, 2006.

**WILMER & LEE, P.A.**

By:  s/ Robert C. Lockwood
     Robert C. Lockwood
     ASB-2983-L71R

Attorneys for Defendant
P.O. Box 2168
Huntsville, Alabama 35804
(256) 533-0202 - telephone
(256) 533-0302 - facsimile

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

Elizabeth H. Glasgow
Edward M. Price, Jr.
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, Alabama 36302

Mary Elizabeth Hall
David W. Mockbee
Mockbee Hall & Drake, P.A.
Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201

This the 3rd day March, 2006.

                                              By:    s/ Robert C. Lockwood
                                                     OF COUNSEL