IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CONTRACTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:05-cv-1135-MEF |
| ) | |
| TURNER CONSTRUCTION ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for One Day Extension of Deadline for Filing Reply Brief with Regard to Venue Motion (Doc. #13) filed on March 3, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 6th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE