IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01135-MEF-SRW |
| ) | |
| TURNER CONSTRUCTION ) | |
| COMPANY, ) | |
| ) | |
| *Defendant.* ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
ADDITIONAL EVIDENCE IN SUPPORT OF
MOTION TO DISMISS FOR IMPROPER VENUE, OR
IN THE ALTERNATIVE TO TRANSFER**

COMES NOW the Defendant, Turner Construction Company, and respectfully requests leave to file additional evidence in support of its "Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer." As grounds therefor, Defendant would show the following:

1.  Defendant's supplemental evidentiary submissions are necessary to directly address arguments that were raised in Plaintiff's response brief and evidentiary submission.

2.  Plaintiff's response brief argues that Defendant cannot meet its burden of demonstrating that the Middle District of Florida is a significantly more convenient forum in this case. (Defendants' brief at 13.) Defendant has attached hereto as Exhibit "A" a draft affidavit of Nicholas Slagg which addresses the issues raised in Plaintiff's brief and demonstrates that the Middle District of Florida is a significantly more convenient forum. This draft affidavit is based upon communications from Mr. Slagg last week. However, Mr. Slagg did not report to his office

today, and Defendant was unable to secure an executed copy of the affidavit within the deadline established by this Honorable Court. Defendant will submit an executed copy of the affidavit as soon as Mr. Slagg returns to the office.

3.  Plaintiff claims that it is a company of "moderate financial means," necessitating a trial in Alabama. (Defendants' brief at 18.) The excerpt from Southeast Construction Magazine, which is attached hereto as Exhibit "B," demonstrates that Plaintiff is one of the top 175 specialty contractors in the Southeastern United States, with over 15 million dollars in revenue from the southeast region alone.

WHEREFORE, premises considered, Defendant respectfully requests leave to submit the attached evidence for consideration in support of its venue motion.

Respectfully submitted this 6th day of March, 2006.

        **WILMER & LEE, P.A.**

        By: s/ Robert C. Lockwood
            Robert C. Lockwood
            ASB-2983-L71R

        Attorneys for Defendant
        P.O. Box 2168
        Huntsville, Alabama 35804
        (256) 533-0202 - telephone
        (256) 533-0302 - facsimile

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

Elizabeth H. Glasgow
Edward M. Price, Jr.
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, Alabama 36302

Mary Elizabeth Hall
David W. Mockbee
Mockbee Hall & Drake, P.A.
Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201

This the 6th day March, 2006.

                              By:    s/ Robert C. Lockwood
                                    OF COUNSEL