# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 1 | MasTec Inc.<br>800 S. Douglas Road, 12th Floor<br>Coral Gables, FL 33134<br>(305) 599-1800/ FAX (305) 406-1960<br>www.mastec.com | Austin J. Shanfelter<br>President/CEO | 1929 | $464.7M | Electrical: 19%<br>Telecom: 65%<br>Traffic Systems 16% |
| 2 | EMCOR Group *<br>301 Merritt Seven, 6th Floor<br>Norwalk, CT 6851<br>(203) 849-7800/ FAX (203) 849-7900<br>www.emcorgroup.com<br>*EMCOR companies working in the Southeast include:Aircond, Smyrna, Ga.; Dynalectric Co.-Florida, Miami Lakes; Dynalectric Co.-Georgia, Norcross, Ga.; Poole and Kent South, Miami; R.S. Harritan Co., Richmond, Va, | Frank T. MacInnis<br>Chairman,CEO | 1996 | $186.2M | Electrical: 25%<br>Mechanical: 75% |
| 3 | Acousti Engineering Co. of Fla.<br>4656 34th St., S.W.<br>Orlando, FL 32811<br>(407) 425-3467/ FAX (407) 425-5108<br>www.acousti.com | James R. Verner<br>President | 1946 | $143.4M | Wall/Ceiling: 100% |
| 4 | SteelFab Inc.<br>8623 Old Dowd Road<br>Charlotte, NC 28214<br>(704) 394-5376/ FAX (704) 393-2854<br>www.steelfab-inc.com | Ronald G. Sherrill<br>CEO | 1955 | $141M | Steel Erec: 100% |
| 5 | Inglett & Stubbs LLC<br>5200 Riverview Road<br>Mableton, GA 30125<br>(404) 881-1199/ FAX (404) 872-3101<br>www.inglett-stubbs.com | Jeff Giglio<br>President | 1954 | $133M | Electrical: 100% |
| 6 | United Forming Inc.<br>470 Riverside Parkway<br>Austell, GA 31068<br>(678) 945-4224/ FAX (678) 945-4203<br>www.unitedforming.com | Tom Owens<br>President | 1985 | $114M | Concrete: 100% |
| 7 | Miller Electric Co.<br>P.O. Box 1799<br>Jacksonville, FL 32204<br>(904) 388-8000/ FAX (904) 389-8653<br>www.mecojax.com | Ron A. Autrey<br>President | 1928 | $112M | Electrical: 91%<br>Telecom: 9% |
| 8 | Ivey Mechanical Co. LLC<br>514 N. Wells St.<br>Kosciusko, MS 39090<br>(662) 289-3646/ FAX (662) 289-3713<br>www.iveymechanical.com | Larry Terrell<br>CEO | 1947 | $109.4M | Mechanical: 29% |
| 9 | Tri-City Electrical Contractors<br>430 West Drive<br>Altamonte Springs, FL 32714<br>(407) 788-3500/ FAX (407) 682-7353<br>www.tcelectric.com | Jack A. Olmstead<br>President | 1958 | $101.5M | Electrical: 95%<br>Telecom: 5% |
| 10 | Kearney Development Co. Inc.<br>9625 Wes Kearney Way<br>Riverview, FL 33569<br>(813) 621-0855/ FAX (813) 620-0001<br>www.kearneydev.com | Bing Kearney,<br>Brian Seager<br>Chairman/President | 1956 | $101M | Site Development: 100% |
| 11 | The Coastal Group<br>394 East Drive<br>Melbourne, FL 32963<br>(321) 725-3061/ FAX (321) 984-0718<br>www.coastalmechanical.com | Al Osterhour<br>President | 1984 | $98.1M | Mechanical: 45%<br>Electrical: 21%<br>Plumbing: 19%<br>Sheet Metal: 9%<br>Masonry: 4%<br>Steel Erection: 2% |

EXHIBIT B

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 12 | **Cleveland Electric Co.**<br>1281 Fulton Industrial Blvd.<br>Atlanta, GA 30336<br>(404) 696-4550/ FAX (404) 696-2849<br>www.clevelectric.com | James R. Cleveland Jr.<br>President/CEO | 1925 | $97.6M | Electrical: 84%<br>Mechanical: 16% |
| 13 | **Gate Precast/Gate Concrete Products**<br>9540 San Jose Blvd. PO Box 23627<br>Jacksonville, FL 32241-3627<br>(904) 737-7220/ FAX (904) 732-7660<br>www.gateprecast.com | Joe Luke<br>COO | 1980 | $93.6M | Concrete: 100% |
| 14 | **KHS&S Contractors**<br>5422 Bay Center Drive<br>Tampa, FL 33609<br>(813) 628-9330/ FAX (813) 628-4339<br>www.khss.com | David Stowell<br>CEO | 1984 | $85.3M | Wall/Ceiling: 100% |
| 15 | **Latite Roofing & Sheet Metal Co.**<br>2280 W. Copans Road<br>Pompano Beach, FL 33069<br>(954) 772-3446/ FAX (954) 335-5005<br>www.latiteroofing.com | David C. Struve<br>CEO/Chairman | 1943 | $75.7M | Roofing: 100% |
| 16 | **Kimmins Contracting Corp.**<br>1501 E. Second Ave.<br>Tampa, FL 33605<br>(813) 241-1614/ FAX (813) 594-3300<br>www.kimmins.com | Joseph Williams<br>President | 1922 | $72.6M | Demo/Wreck: 15%<br>Excav/Found: 85% |
| 17 | **Hill York & Associates**<br>2125 S. Andrews Ave.<br>Fort Lauderdale, FL 33316<br>(954) 525-2971/ FAX (954) 525-2973 | R.W. Chip Lafferty<br>CEO | 1936 | $70M | Mechanical: 100% |
| 18 | **Patrick Power Corp.**<br>5691 N.E. 14th Ave.<br>Fort Lauderdale, FL 33334<br>(954) 491-7745/ FAX (954) 772-2126 | Martin K. Driscoll<br>President | 1960 | $68M | Electrical: 100% |
| 19 | **M.B. Haynes Corp.**<br>187 Deaverview Road<br>Asheville, NC 28806<br>(828) 254-6141/ FAX (828) 254-9752<br>www.mbhaynes.com | N.E. Cannady III<br>President | 1921 | $62.6M | Electrical: 25%<br>Mechanical: 17%<br>Other: 58% |
| 20 | **Southern Pan Services Co.**<br>2385 Lithonia Industrial Blvd.<br>Lithonia, GA 30058<br>(678) 301-2400/ FAX (678) 301-2439<br>www.southernpan.com | Brack Maggard<br>CEO | 1987 | $60.4M | Concrete: 100% |
| 21 | **Capform Inc.**<br>1455 Halsey Way<br>Carrollton, TX 75007<br>(972) 245-7292/ FAX (972) 242-5096 | Anthony Bellissimo<br>Vice President | 1979 | $57.5M | Concrete: 100% |
| 22 | **Daniel Electrical Contractors Inc.**<br>5965 N.W. 82nd Ave.<br>Miami, FL 33166<br>(305) 592-8777/ FAX (305) 592-1403 | Tony Gervasio<br>President | 1986 | $54.7M | Electrical: 93%<br>Fire/Security: 4%<br>Telecom: 3% |
| 23 | **Southland Forming**<br>8470 Belvedere Road<br>West Palm Beach, FL 33411<br>(561) 753-8210/ FAX (561) 753-9079 | Darrell Whiteside<br>CEO | 1984 | $54M | Concrete: 100% |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 24 | The Circle Group<br>2555 Marconi Drive, Suite 100<br>Alpharetta, GA 30005<br>(678) 356-1000/ FAX (678) 356-1001<br>www.thecirclegroup.com | Jerry Marchelletta<br>President | 1993 | $52.3M | Wall/Ceiling: 100% |
| 25 | Rogers Electric<br>1491 N. Highway 52<br>Moncks Corner, SC 29461<br>(843) 899-4495<br>www.lrogerselectric.com | Lin R. Rogers<br>President | 1983 | $52M | Electrical: 100% |
| 26 | Ripa & Associates, Inc.<br>10149 Fisher Avenue<br>Tampa, FL 33619<br>(813) 662-6777/ FAX (813) 657-1686<br>www.ripatampa.com | Frank Ripa<br>President | 1990 | $50M | Excav/Found: 54%<br>Paving: 38%<br>Concrete: 6%<br>Demo/Wreck: 2% |
| 27 | BCH Mechanical Inc.<br>6354 118th Ave., North<br>Largo, FL 33782<br>(727) 546-3561/ FAX (727) 545-1801<br>www.bchmechanical.com | Daryl Blume<br>President | 1976 | $48.5M | Mechanical: 74%<br>Plumbing: 13%<br>Sheet Metal: 13% |
| 28 | Pyramid Masonry Contractors Inc.<br>2330 Mellon Court<br>Decatur, GA 30035<br>(770) 987-4750/ FAX (770) 981-7142<br>www.pyramidmasonry.net | John C. Doherty<br>President | 1976 | $48.1M | Masonry: 100% |
| 29 | Crowther Roofing & Sheet Metal<br>2543 Rockfill Road<br>Fort Myers, FL 33916<br>(239) 337-1300/ FAX (239) 332-0939<br>www.crowther.net | Lee J. Crowther<br>CEO | 1975 | $48M | Roofing: 100% |
| 30 | Southern Industrial Constructors<br>6101 Triangle Drive<br>Raleigh, NC 27617<br>(919) 782-4600/ FAX (919) 782-2935<br>www.southernindustrial.com | John G. Wilson<br>President | 1962 | $47.7M | Electrical: 30%<br>Mechanical: 40%<br>Other: 30% |
| 31 | Traffic Control Devices<br>242 N. Westmonte Dr.<br>Altamonte Springs, FL 32714<br>(407) 869-5300/ FAX (407) 398-1299<br>www.tcd-usa.com | Gregory Steve Cockman<br>President | 1978 | $47.2M | Traffic Control: 100% |
| 32 | A.J. Johns Inc.<br>3225 Anniston Road<br>Jacksonville, FL 32246<br>(904) 641-2055/ FAX (904) 641-2102<br>www.ajjohns.com | A.J. Johns<br>President | 1970 | $45.3M | Excav/Found: 75%<br>Paving: 25% |
| 33 | Baker Roofing Co.<br>517 Mercury St.<br>Raleigh, NC 27611<br>(919) 828-2975/ FAX (919) 828-9352<br>www.bakerroofing.com | W. Prentiss Baker III<br>President | 1915 | $44.9M | Roofing: 100% |
| 34 | Vila & Son Landscaping Corp.<br>20451 SW 216 Street<br>Miami, FL 33170<br>(305) 255-9206/ FAX (305) 909-0046<br>www.vila-n-son.com | Juan C. Vila<br>President/CEO | 1984 | $44.6M | Landscape: 100% |
| 35 | Tecta America Corp.*<br>5215 Old Orchard Road<br>Skokie, IL 60077<br>(847) 581-3888/ FAX (847) 581-3880<br>www.tectaamerica.com | Mark Santacrose<br>CEO/President | 2000 | $44.4M | Roofing: 100% |

*Tecta America companies include Murton Roofing, Miami, Fla., and Construction Services, Atlanta.

## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 36 | **Seretta Construction**<br>2604 Clark St.<br>Apopka, FL 32703<br>(407) 290-9440/ FAX (407) 290-9372<br>www.seretta.com | Richard McPherson<br>President | 1987 | $43M | Concrete: 100% |
| 37 | **Baker Concrete Construction**<br>1540 Aber Road<br>Orlando, FL 32807<br>(407) 736-9900/ FAX (407) 736-9910<br>www.bakerconcrete.com | Kevin Roswell<br>Vice President | 1968 | $42M | Concrete: 100% |
| (tie) | **Thermal Concepts Inc.**<br>2201 College Avenue<br>Davie, FL 33317<br>(954) 472-4465/ FAX (954) 370-6410<br>www.thermalconcepts.com | Jesse Maurer<br>Vice President | 1983 | $42M | Mechanical: 85%<br>Sheet Metal: 15% |
| 39 | **Action Electric Co. Inc.**<br>2600 Collins Springs Drive SE<br>Smyrna, GA 30080<br>(404) 799-3551/ FAX (404) 799-9983<br>www.actioncontractors.com | Mickey S. Poe<br>President/CEO | 1945 | $41.6M | Electrical: 45%<br>Sheet Metal: 25%<br>Mechanical: 15%<br>Steel Erec: 15% |
| 40 | **Form Works Inc.**<br>4951 S.W. 34th Place<br>Fort Lauderdale, FL 33314<br>(954) 587-0530/ FAX (954) 587-7571<br>www.formworksinc.com | Donald Marks<br>President | 1989 | $40.8M | Concrete: 100% |
| 41 | **Port City Electric Co.**<br>2550 Charlotte Highway<br>Mooresville, NC 28115<br>(704) 663-4215/ FAX (704) 663-7184<br>www.portcityelectric.com | Randy Wright<br>President | 1967 | $40.2M | Electrical: 100% |
| 42 | **Lotspeich Co. of Florida**<br>6351 N.W. 28 Way, Suite A<br>Fort Lauderdale, FL 33309<br>(954) 978-2388/ FAX (954) 978-2387<br>www.lcfinc.com | Michael W. Fee<br>President | 1967 | $40M | Wall/Ceiling: 100% |
| 43 | **Structural Group**<br>3000 S.W. 10th St.<br>Pompano Beach, FL 33069<br>(954) 984-9555/ FAX (954) 984-9559<br>www.structural.net | Peter Emmons<br>CEO | 1976 | $39.1M | Concrete: 100% |
| 44 | **H.J. Foundation Inc.**<br>8275 NW 80 Street<br>Miami, FL 33016<br>(305) 592-8181/ FAX (305) 592-7881<br>www.hjfoundation.com | Edwin W. Hickey<br>President | 1988 | $39M | Excav/Found: 100% |
| (tie) | **C.P. Buckner Steel Erection**<br>P.O. Box 598<br>Graham, NC 27253<br>(336) 376-8888/ FAX (336) 376-8855<br>www.bucknercompanies.com | Doug Williams<br>President | 1947 | $39M | Steel Erec: 100% |
| 46 | **Advanced Roofing Inc.**<br>1950 N.W. 22nd St.<br>Fort Lauderdale, FL 33311<br>(800) 638-6869/ FAX (954) 566-2967<br>www.advancedroofing.com | Daniel Stokes<br>Vice President | 1983 | $38M | Roofing: 100% |
| 47 | **J A Croson LLC**<br>24925 Highway 46th<br>Sorrento, FL 32776<br>(352) 383-0741/ FAX (352) 383-0844 | James A. Croson<br>Chairman/CEO | 1959 | $36.4M | #N/A |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 48 | Gregory Electric Co.<br>P.O. Drawer 1419<br>Columbia, SC 29202<br>(803) 748-1122/ FAX (803) 748-1102<br>www.gregoryelectric.com | Robert E. Livingston<br>President | 1949 | $35.9M | Electrical: 97%<br>Mechanical: 2%<br>Plumbing: 1% |
| 49 | ElDeCo Inc.<br>5751 Augusta Road<br>Greenville, SC 29605<br>(864) 277-9088/ FAX (864) 277-8464<br>www.eldecoinc.com | Allen McKinney<br>President/CEO | 1972 | $35.5M | #N/A |
| 50 | Mader Southeast Inc.<br>8150 Presidents Drive<br>Orlando, FL 32809<br>(407) 877-8818/ FAX (407) 877-8630<br>www.madersoutheast.com | Thomas Johnson Sr.<br>President | 1984 | $34.7M | Wall/Ceiling: 91%<br>Other: 9% |
| 51 | Terry's Electric<br>600 N. Thacker Ave., Suite A<br>Kissimmee, FL 34741<br>(407) 572-2100/ FAX (407) 846-6607<br>www.terryselectric.com | B. Terence Quigley<br>CEO/President | 1979 | $34.4M | Electrical: 100% |
| 52 | Cullum Mechanical Construction<br>3325 Pacific St.<br>North Charleston, SC 29418<br>(843) 554-6645/ FAX (843) 529-2182<br>www.culluminc.com | R. Christopher Cullum<br>President | 1972 | $33.8M | Mechanical: 77%<br>Plumbing: 23% |
| 53 | Garney Construction Co.<br>3018 Michigan Ave.<br>Kissimmee, FL 34744<br>(407) 846-3121<br>www.garney.com | Jason Seubert<br>Sr. Project Manager | 1924 | $33.7M | Excav/Found: 100% |
| 54 | Pompano Masonry Corp.<br>880 S. Andrews Ave.<br>Pompano Beach, FL 33069<br>(954) 946-3033/ FAX (954) 941-4857 | John S. Anastasi<br>Chairman/President | 1980 | $32.5M | Masonry: 100% |
| 55 | Precision Concrete Construction<br>5955 Shiloh Road East, Suite 200<br>Alpharetta, GA 30005<br>(770) 751-3887/ FAX (770) 751-3889<br>www.precision-concrete.com | Harry P. Moats<br>President | 1986 | $32M | Concrete: 100% |
| (tie) | Wayne Brothers Inc.<br>8819 Columbus St.<br>Davidson, NC 28036<br>(704) 938-8400/ FAX (704) 938-8680<br>www.waynebros.com | D. Keith Wayne<br>President | 1985 | $32M | Concrete: 88%<br>Excav/Found: 12% |
| 57 | Meisner Electric Inc. of Florida<br>220 N.E. 1st St.<br>Delray Beach, FL 33444<br>(561) 278-8362/ FAX (561) 278-8397<br>www.mei.cc | Tim Onnen<br>President | 1977 | $31.8M | Electrical: 100% |
| 58 | Energy Air Inc.<br>2114 S. Orange Blossom Trail<br>Apopka, FL 32703<br>(407) 886-3729/ FAX (407) 884-0155<br>www.energyair.com | Charles H. Kulp<br>President | 1976 | $31.6M | Mechanical: 100% |
| 59 | Quinco Electrical<br>2500 Kunze Ave.<br>Orlando, FL 32806<br>(407) 857-6133/ FAX (407) 650-8128<br>www.quincoelectrical.com | David Deese<br>President | 1993 | $30.6M | Electrical: 100% |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 60 | Valley Crest Companies<br>4689 Old Winter Garden Road<br>Orlando, FL 32811<br>(407) 296-7100/ FAX (407) 578-0950 | William Leathers<br>Regional Vice President | 1949 | $30M | Landscape: 45%<br>Concrete: 33%<br>Painting/Coating: 1.7%<br>Other: 20% |
| (tie) | Tilt-Con Corp.<br>1003 Orienta Ave.<br>Altamonte Springs, FL 32701<br>(407) 834-8458/ FAX (407) 834-6881<br>www.tilt-con.com | Robert Theisen Jr.<br>Chairman | 1987 | $30M | Concrete: 100% |
| (tie) | Premier Electric<br>1443 Rail Head Blvd.<br>Naples, FL 34110<br>(239) 598-2000/ FAX (239) 598-3603<br>www.premierelectric.com | Robert Forbis<br>President/Owner | 1988 | $30M | Electrical: 100% |
| (tie) | Pomeroy Electric Inc.<br>3131 SW 13 Drive<br>Deerfield Beach, FL 33442<br>(954) 427-0705/ FAX (954) 360-9879<br>www.pomeroyelectric.com | Stephen C. Pomeroy<br>President | 1976 | $30M | Electrical: 100% |
| 64 | Commercial Concrete Systems<br>6220 Taylor Road, Suite 101<br>Naples, FL 34109<br>(239) 592-1101/ FAX (239) 592-1103 | W. Williams/Pete Shoup<br>COO/CEO | 1990 | $29.4M | Concrete: 100% |
| 65 | Mulkey Enterprises<br>904 Kennesaw Ave.<br>Marietta, GA 30060<br>(770) 428-2968/ FAX (770) 428-9492 | Ronald H. Mulkey<br>President | 1983 | $29M | Wall/Ceiling: 100% |
| (tie) | Terra Excavating Inc.<br>13400 Pine St. SW<br>Largo, FL 33774<br>(727) 581-1598/ FAX (727) 581-1678 | M.D. Adnan<br>President/CEO | 1972 | $29M | Excav/Found: 87%<br>Paving: 11%<br>Concrete: 2% |
| 67 | Sutter Roofing Co. of Florida<br>8284 Vico Court<br>Sarasota, FL 34240<br>(941) 377-1000/ FAX (941) 377-4499<br>www.sutterroofing.com | Stephen Sutter<br>President/CEO | 1979 | $28.7M | Roofing: 95%<br>Sheet Metal: 5% |
| 68 | Johnson-Davis<br>604 Hillbrath Drive<br>Lantana, FL 33462<br>(561) 588-1170/ FAX (561) 585-5252 | Scott J. Johnson<br>President | 1977 | $28.4M | Excav/Found: 100% |
| 69 | Amber Electric Inc<br>P.O. Box 737<br>Ocoee, FL 34761<br>(407) 656-2335/ FAX (407) 656-7979 | E. Roger Scroggins<br>President | 1979 | $28M | Electrical: 100% |
| 70 | Builders Plus<br>105 Commerce Road<br>Boynton Beach, FL 33426<br>(561) 547-7171/ FAX (561) 547-7141<br>www.buildersplus.com | John Held<br>President | 1987 | $27.5M | Concrete: 100% |
| (tie) | White Electrical Construction Co.<br>1730 Chattahoochee Ave. NW<br>Atlanta, GA 30318<br>(404) 351-5740/ FAX (404) 355-5823<br>www.white-electrical.com | Gary N. Clodfelter<br>President | 1910 | $27.5M | Electrical: 100% |
| 72 | Advanced Masonry Systems<br>5403 Ashton Court<br>Sarasota, FL 34233<br>(941) 926-3155/ FAX (941) 926-4804 | Richard Karp<br>President | 1985 | $27M | Masonry: 74%<br>Concrete: 26% |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| (tie) | Metro Waterproofing<br>2935 Alcove Drive<br>Scottdale, GA 30079<br>(404) 292-8013/ FAX (404) 292-0270<br>www.metrowaterproofing.com | Kenneth W. Strickland<br>President | 1972 | $27M | Waterproofing: 100% |
| (tie) | Cougar Contracting Specialties<br>13350 Rickenbacker Pkwy<br>Fort Myers, FL 33913<br>(239) 225-0565/ FAX (239) 225-0564 | Robert M. Thesier<br>President | 1989 | $27M | Excav/Found: 62%<br>Paving: 18%<br>Concrete: 16%<br>Demo/Wreck: 1%<br>Other: 3% |
| (tie) | Woodland Construction Co.<br>1562 Park Lane South<br>Jupiter, FL 33458<br>(561) 743-0490/ FAX (561) 743-9008<br>www.woodlandconstruction.com | Clay Fischer<br>President | 1987 | $27M | Concrete: 100% |
| 76 | Finfrock Industries<br>P.O. Box 607754<br>Orlando, FL 32860<br>(407) 293-4000/ FAX (407) 297-0512<br>www.finfrock.cc | Robert Finfrock<br>President | 1945 | $26.7M | Concrete: 100% |
| 77 | Wayne J. Griffin Electric<br>116 Hopping Brook Road<br>Holliston, MA 1746<br>(508) 429-8830/ FAX (508) 429-7825<br>www.waynejgriffinelectric.com | Wayne J. Griffin<br>President | 1978 | $26.2M | Electrical: 100% |
| 78 | Palmer Electric Co.<br>875 Jackson Ave.<br>Winter Park, FL 32789<br>(407) 646-8700/ FAX (407) 647-8951<br>www.palmer-electric.com | Thomas G. Beard<br>President/CEO | 1951 | $25.5M | Electrical: 100% |
| (tie) | APG Electric<br>4825 140th Ave. N., Suite K<br>Clearwater, FL 33762<br>(727) 530-0077/ FAX (727) 530-0045<br>www.apgelectric.com | John R. Kavula<br>President | 1983 | $25.5M | Electrical: 100% |
| 80 | Mechanical Services of Central Fla<br>9820 Satellite Blvd.<br>Orlando, FL 32837<br>(407) 857-3510/ FAX (407) 855-1166<br>www.msifla.com | Bill Dillard<br>CEO | 1974 | $25M | Mechanical: 100% |
| (tie) | The Redland Co.<br>23799 S.W. 167th Ave.<br>Homestead, FL 33031<br>(305) 247-3226/ FAX (305) 247-1756 | F. Bradley Nowell Sr.<br>Vice President | 1989 | $25M | Excav/Found: 100% |
| 82 | Regency Electric Co. Inc.<br>4348 South Point Blvd.<br>Jacksonville, FL 32216<br>(904) 281-0600/ FAX (904) 281-0599<br>www.regencyelectric.com | Darrell Crochet<br>President | 1979 | $24.9M | Electrical: 100% |
| 83 | Commercial Forming Corp.<br>1844-46 N.W. 21st St.<br>Pompano Beach, FL 33069<br>(954) 970-7671/ FAX (954) 970-7304 | J. Michael Hicks<br>President | 1992 | $24M | Concrete: 80%<br>Steel Erec: 20% |
| 84 | Farmer & Irwin Corp.<br>3300 Ave. K<br>Riviera Beach, FL 33404<br>(561) 842-5316/ FAX (561) 842-5999<br>www.fandicorp.com | Steven R. Irwin<br>President | 1956 | $23.5M | Mechanical: 41%<br>Plumbing: 39%<br>Fire/Security: 12%<br>Sheet Metal: 8% |

## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 85 | Hollywood Woodwork Inc.<br>1551 S. 30th Ave.<br>Hollywood, FL 33020<br>(954) 920-5009/ FAX (954) 920-2979<br>www.hollywoodwoodwork.com | Yves Desmarais<br>Chairman/CEO | 1968 | $23.1M | Woodwork: 100% |
| 86 | Cement Industries Inc.<br>2709 Jeffcott St.<br>Fort Myers, FL 33902<br>(239) 332-1440/ FAX (239) 332-0370<br>www.cementindustries.com | Gay R. Thompson<br>President | 1953 | $22M | Concrete: 100% |
| 87 | Forsberg Construction Inc.<br>6475 Golf Course Blvd.<br>Punta Gorda, FL 33982<br>(941) 637-8500/ FAX (941) 639-1073<br>www.forsbergconstruction.com | Bruce Wendorf<br>Executive Vice President | 1982 | $21.8M | Excav/Found: 100% |
| 88 | W.B. Guimarin & Co.<br>1124 Bluff Industrial Blvd.<br>Columbia, SC 29201<br>(803) 256-0515/ FAX (803) 252-8239<br>www.wbguimarin.com | C. Carroll Heyward<br>President | 1903 | $21.7M | Mechanical: 60%<br>Plumbing: 30%<br>Other: 10% |
| 89 | Total Concrete Structures<br>3101 Towercreek Parkway S.E., #520<br>Atlanta, GA 30339<br>(770) 953-3090/ FAX (770) 953-2401<br>www.totalconcrete.com | John Stull<br>President | 2000 | $21.4M | Concrete: 100% |
| 90 | Harcon Inc.<br>1121 Alderman Drive, Suite 101<br>Alpharetta, GA 30005<br>(678) 636-3676/ FAX (678) 636-3677<br>www.harconforming.com | Mike A. Hardin<br>President | 1989 | $20.7M | Concrete: 100% |
| 91 | L.E. Schwartz & Son<br>279 Reid St.<br>Macon, GA 31206<br>(478) 745-6563/ FAX (478) 745-2711<br>www.leschwartz.com | Steven L. Kruger<br>President | 1910 | $20.3M | Roofing: 100% |
| 92 | Pritts & Associates<br>372 W. Grant St.<br>Orlando, FL 32806<br>(407) 650-9541/ FAX (407) 650-9542 | Robert DeVarona<br>President | 2000 | $20M | Roofing: 100% |
| (tie) | Nagelbush Mechanical<br>5385 Nob Hill Road<br>Sunrise, FL 33351<br>(954) 748-7893/ FAX (954) 748-7881 | Stephen Kornfeld<br>CEO | | $20M | Plumbing: 100% |
| (tie) | Southern Power & Controls<br>8918 Sabal Industrial Blvd.<br>Tampa, FL 33619<br>(813) 620-2700/ FAX (813) 620-2701<br>www.southernpower.net | William Barry<br>CEO/Owner | 1994 | $20M | Electrical: 100% |
| 95 | Hamlin Roofing Co. Inc.<br>P.O. Box 465<br>Garner, NC 27529<br>(919) 772-8780/ FAX (919) 779-5768<br>www.hamlincos.com | William F. Hamlin, Jr.<br>President | 1954 | $18.9M | Roofing: 100% |
| 96 | Trainor Glass Co.<br>1101 13th St. West<br>Riviera Beach, FL 33404<br>(561) 863-7078/ FAX (561) 863-7088<br>www.trainorglass.com | Jerry Kern<br>Vice President | 1953 | $18.5M | Glazing/Curtain: 100% |

## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 97 | Player and Co.<br>531 Bishop St. N.W.<br>Atlanta, GA 30318<br>(404) 351-3481/ FAX (404) 355-5502 | Douglas Suddeth<br>President | 1946 | $18.3M | #N/A |
| (tie) | Service Painting Corp./Five Arrows<br>910 E. 127th Ave.<br>Tampa, FL 33612<br>(813) 972-1400/ FAX (813) 978-1065<br>www.servicepainting.com | | 1983 | $18.3M | Painting/Coating: 100% |
| 99 | Elcon Electric Inc.<br>2150 N.W. 33rd St.<br>Pompano Beach, FL 33069<br>(954) 979-5445/ FAX (954) 979-5449<br>www.elconelectric.com | James P. McConchie<br>President | 1989 | $18M | Electrical: 100% |
| (tie) | Nu-Tec Roofing Contractors<br>519 Crater Lane<br>Tampa, FL 33619<br>(813) 622-7750/ FAX (813) 622-8837<br>www.nutecroofing.com | Hig R. Dillinger<br>Vice President/Division Manager | 1984 | $18M | Roofing: 100% |
| 101 | Nash Inc.<br>3494 North Highway 301<br>Coleman, FL 33521<br>(352) 748-1454/ FAX (352) 748-9555<br>www.nashincp-m.com | James C. Nash<br>President | 1974 | $17.3M | Plumbing: 86%<br>Mechanical: 14% |
| 102 | Comprehensive Energy Services<br>730 Orange Ave., Suite 120<br>Altamonte Springs, FL 32714<br>(407) 682-1313/ FAX (407) 682-5166<br>www.cesmechanical.com | Todd S. Morgan PE<br>President | 1992 | $17.2M | Mechanical: 100% |
| 103 | Coastal Masonry Inc.<br>1909 N.W. 16th St.<br>Pompano Beach, FL 33089<br>(954) 984-0600 | Gary Jones<br>President | 1974 | $17M | Masonry: 100% |
| (tie) | Spectrum Contracting<br>2629 Horseshoe Drive South<br>Naples, FL 34104<br>(239) 643-2772/ FAX (239) 643-0693<br>www.scifla.com | Fred Pezeshkan<br>President | 1988 | $17M | Painting/Coating: 59%<br>Waterproofing: 41% |
| 105 | Benise-Dowling & Associates<br>5068 Snapfinger Woods Drive<br>Decatur, GA 30035<br>(770) 981-4237/ FAX (770) 593-0342<br>www.Benise-Dowling.com | Paul J. Benise<br>President | 1978 | $16.5M | Painting/Coating: 100% |
| 106 | Empire Tilt-Up Systems<br>537 Deltona Blvd., Suite 201<br>Deltona, FL 32725<br>(386) 575-3456/ FAX (386) 574-0708<br>empiretiltup.com | Richard W. Proctor<br>President | 1999 | $16.5M | Concrete: 100% |
| 107 | Goodman Decorating Co.<br>3400 Atlanta Industrial Pkwy<br>Atlanta, GA 30331-1038<br>(404) 965-2537/ FAX (404) 965-2577<br>www.goodman-decorating.com | Jeffrey Diamond<br>Richard Diamond<br>Co-Presidents | 1927 | $16M | Painting/Coating: 88%<br>Wall/Ceiling: 12% |
| (tie) | AA Advance Air<br>1920 N.W. 32nd St.<br>Pompano Beach, FL 33064<br>(954) 971-5801/ FAX (954) 971-1045<br>www.aaadvanceair.com | Robert Burrow<br>President | 1976 | $16M | Mechanical: 100% |


## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 109 | E&H Steel Corp.<br>3635 E. Highway 134<br>Midland City, AL 36350<br>(334) 983-5636/ FAX (334) 983-6173<br>www.ehsteel.com | Robert Thomas<br>President | 1986 | $15.5M | Steel Erec: 100% |
| (tie) | Doyle Electric Services Inc.<br>3415 Queen Palm Drive<br>Tampa, FL 33619<br>(813) 630-4600/ FAX (813) 630-9555<br>www.doyle-electric.com | P. H. Doyle<br>Chairman/CEO | 1987 | $15.5M | Electrical: 100% |
| 111 | American Pan & Engineering Co.<br>53 Johnston Circle<br>Palmetto, GA 30269<br>(770) 463-1448/ FAX (770) 463-2996<br>www.apecformwork.com | Belal B.J. Jarun<br>President/CEO | 1996 | $15.3M | Concrete: 100% |
| 112 | Century Fire Protection LLC<br>2625-F Pinemeadow Court<br>Duluth, GA 30096<br>(770) 945-2330/ FAX (770) 945-2651<br>www.centuryfp.com | Scott Tutterow<br>President | 2000 | $15.2M | Fire/Security: 100% |
| 113 | Right Way Plumbing Co.<br>1329 Shotgun Road<br>Sunrise, FL 33326<br>(954) 423-0000/ FAX (954) 423-0668<br>www.rightwayplumbing.com | Charles Ermer<br>President | 1931 | $15.1M | Plumbing: 100% |
| 114 | Masonry Builders Inc.<br>5012 W. Cypress St.<br>Tampa, FL 33607<br>(813) 286-4707/ FAX (813) 286-3072<br>www.masonrybuilders.com | Thomas Bradley<br>President | 1988 | $15M | Masonry: 100% |
| 115 | Davco Electrical Contractors<br>1910 7th Ave. North<br>Lake Worth, FL 33461<br>(561) 533-5155/ FAX (561) 533-6967<br>www.davcoelectric.com | B. David Collins Jr.<br>President | 1985 | $14.8M | Electrical: 100% |
| 116 | Waldrop Heating & Air Conditioning<br>8345 Taylor Colquitt Rd.<br>Spartanburg, SC 29303<br>(864) 578-7252/ FAX (864) 578-3419<br>bcaldwell@waldrophvac.com | Benny E. Waldrop<br>President | 1970 | $14M | Mechanical: 100% |
| (tie) | Big Dog Demolition<br>2152 Northwest Parkway, Suite F<br>Marietta, GA 30067<br>(770) 955-0065/ FAX (770) 955-0012<br>www.bigdogdemo.com | Gerald Anderson<br>Larry Pileggi | 1998 | $14M | Demo/Wreck: 86%<br>Other: 14% |
| 118 | R.D. Masonry Inc.<br>4745 Sutton Park Court, Suite 805<br>Jacksonville, FL 32224<br>(904) 992-6468/ FAX (904) 992-8370 | Lisa Bucher<br>President | 1997 | $13.8M | Masonry: 100% |
| 119 | Piedmont Landscape Contractors LLC<br>1800 Montreal Circle #B<br>Tucker, GA 30084<br>(770) 723-1889/ FAX (770) 493-4608<br>www.piedmontlandscape.com | Drew Watkins | 1999 | $13M | Landscape: 100% |
| (tie) | Miller & Long Co. Inc.<br>3609 Jones Sausage Road<br>Garner, NC 27529<br>(866) 626-3562/ FAX (301) 657-8610<br>www.millerandlong.com | John M. McMahon<br>Chairman of the Board | 1947 | $13M | Concrete: 100% |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 121 | Merit Electric<br>P.O. Box 1292<br>Largo, FL 33770-1292<br>(727) 536-5945/ FAX (727) 536-9014 | G. H. Wooten<br>President | 1974 | $12.7M | Electrical: 100% |
| 122 | PTE Strand Co. Inc.<br>1950 W 8th Avenue<br>Hialeah, FL 33010<br>(305) 863-3409/ FAX (305) 863-3349<br>www.ptestrand.com | Sergio Dalmao<br>President | 1979 | $12.5M | Post-tensioning: 100% |
| 123 | B & B Interior Systems Inc.<br>3625 W. Broward Blvd.<br>Fort Lauderdale, FL 33312<br>(800) 699-4902/ FAX (954) 581-0788<br>www.bbis.info | Jeffrey A. Burley<br>President | 1977 | $12.4M | Wall/Ceiling: 82%<br>Stucco/plastering: 18% |
| 124 | Plumbing Systems Inc.<br>88-A N. Holiday Road<br>Destin, FL 32550<br>(850) 654-3133/ FAX (850) 654-5817 | Bryant Martin<br>President | 1982 | $12M | Plumbing: 100% |
| (tie) | JCB Construction<br>800 W. Gore St.<br>Orlando, FL 32805<br>(407) 425-9880/ FAX (407) 425-9972<br>www.jcbcon.net | Brian M. Butler<br>President/CEO | 1987 | $12M | Excav/Found: 100% |
| 126 | Piedmont Mechanical Inc.<br>116 John Dodd Road<br>Spartanburg, SC 29303<br>(864) 578-9114/ FAX (864) 578-5314<br>www.piedmontmechanical.com | Winston H. Anderson<br>President | 1977 | $11.5M | Mechanical: 100% |
| (tie) | Ogeechee Steel Inc.<br>133 Lindsey Road<br>Swainsboro, GA 30401<br>(478) 237-2770/ FAX (478) 237-4045<br>www.ogeecheesteel.com | Janet Johnson<br>President | 1984 | $11.5M | Steel Erec: 100% |
| 128 | BHW Sheet Metal Co.<br>113 Johnson St.<br>Jonesboro, GA 30236<br>(770) 471-9303/ FAX (770) 478-7923<br>www.bhwsm@mindspring.com | Keith W. Harris<br>President | 1960 | $11.2M | Sheet Metal: 100% |
| 129 | Cives Steel Co.<br>1825 Old Alabama Road, Suite 200<br>Roswell, GA 30076<br>(770) 993-4424/ FAX (770) 998-2361<br>www.cives.com | Richard F. Connelly<br>President | 1952 | $11.1M | Steel Erec: 100% |
| 130 | Duffy & Lee Carpet<br>3351 S.W. 13th Ave.<br>Ft. Lauderdale, FL 33315<br>(800) 458--611/ FAX (954) 764-4278<br>www.duffyandlee.com | Ms. Edie Duffy<br>President | 1966 | $11M | Wall/Ceiling: 100% |
| 131 | CCS Mechanical Inc.<br>737 S.W. 57th Ave.<br>Ocala, FL 34474<br>(352) 237-6272/ FAX (352) 237-6258<br>www.ccsmechanical.com | Louie Wise III<br>Vice President | 1969 | $10.3M | Mechanical: 60%<br>Sheet Metal: 40% |
| 132 | Blair Concrete Services Inc.<br>6336 Oleander Drive, Unit 1<br>Wilmington, NC 28403<br>(910) 343-4307/ FAX (910) 343-9526<br>www.blairconcrete.com | Ian Blair<br>CEO | 1990 | $10M | Concrete: 100% |

## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 133 | Jacksonville Sound & Communications<br>5021 Stepp Ave.<br>Jacksonville, FL 32216<br>(904) 737-3511/ FAX (904) 737-8553<br>www.jacksonvillesound.com | Robert Begley Jr.<br>President/Chairman | 1969 | $9.5M | Low-volt systems: 100% |
| 134 | J.W. Wilde Mechanical<br>12600 Automobile Blvd.<br>Clearwater, FL 33762<br>(727) 572-6620/ FAX (727) 572-4358<br>www.wildemechanical.com | J.W. Wilde<br>CEO | 1986 | $9.4M | Plumbing: 36%<br>Mechanical: 32%<br>Sheet Metal: 32% |
| 135 | Jaffer Associates Corp.<br>2801 N.W. 6th Ave.<br>Miami, FL 33127<br>(305) 576-7363/ FAX (305) 573-8711<br>www.jafferwells.com | Gene Friedlander<br>President | 1949 | $9M | Well drilling: 100% |
| (tie) | Mill-Rite Woodworking Co.<br>6401 47th St. North<br>Pinellas Park, FL 33781<br>(727) 527-7808/ FAX (727) 521-1644<br>www.mill-rite.com | Jennifer Clark<br>President | 1966 | $9M | #N/A |
| (tie) | C & H Concrete Construction, Inc.<br>2240 N.W. 22nd Street<br>Pompano Beach, FL 33069<br>(800) 694-6327/ FAX (954) 978-3392 | Keith A. Cramer<br>President | 1988 | $9M | Concrete: 100% |
| 138 | Baylor Plastering and Drywall Inc.<br>570 L.P.G.A Blvd.<br>Holly Hill, FL 32117<br>(386) 253-8976/ FAX (386) 253-0421<br>www.baylorplastering.com | Gary W. Dillman<br>CEO/Owner | 1949 | $8.5M | Wall/Ceiling: 100% |
| 139 | All Area Roofing and Waterproofing<br>1820 N. 57th St.<br>Tampa, FL 33619<br>(813) 247-7663/ FAX (813) 241-9623<br>www.allarearoofing.com | Elsa Richards<br>President | 1997 | $8M | Roofing: 100% |
| (tie) | Structural Prestressed Industries<br>11405 N.W. 138th St.<br>Miami, FL 33178<br>(305) 556-6699/ FAX (305) 556-9696<br>www.structuralprestressed.com | Emilio R. Vega<br>President | 1986 | $8M | Concrete: 100% |
| 141 | Pensacola Glass Co.<br>3901 N. Palafox St.<br>Pensacola, FL 32505<br>(850) 433-8348/ FAX (850) 435-9029<br>www.pensacolaglass.com | Woody Watters<br>General Manager | 1936 | $7.8M | Glazing/Curtain: 100% |
| 142 | Grunau Co.<br>11300 Space Blvd.<br>Orlando, FL 32837<br>(407) 857-1800/ FAX (407) 855-9064<br>www.grunaufire.com | Mark Peters<br>Vice President | 1920 | $7.7M | Fire/Security: 100% |
| (tie) | HEPACO Inc.<br>2711 Burch Drive<br>Charlotte, NC 28269<br>(704) 598-9782/ FAX (704) 598-7823<br>www.hepaco.com | Ronald Horton Sr.<br>President | 1984 | $7.7M | Haz Mat: 100% |
| 144 | W.S. Nielsen Co. Inc.<br>8270 Industrial Place<br>Alpharetta, GA 30004<br>(770) 475-7321/ FAX (770) 475-8116<br>www.wsnielsenskylight.com | Mike Nielsen<br>President | 1980 | $7.5M | Glazing/Curtain: 100% |

# Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| (tie) | Southern Mechanical of the Carolinas<br>4205 Golf Acres Drive<br>Charlotte, NC  28208<br>(704) 697-9700/ FAX (704) 697-9745<br>www.southernmechanical.net | Chad Cooke<br>President | 1998 | $7.5M | Mechanical: 100% |
| 146 | Milton J. Wood Fire Protection<br>P. O. Box 52031<br>Jacksonville, FL  32201<br>(904) 353-4055/ FAX (904) 353-8486<br>www.mjwoodfire.com | Mark S. Wood<br>President | 1991 | $7.3M | Fire/Security: 100% |
| 147 | S & S National Waste<br>1060 Skees Road<br>West Palm Beach, FL  33411<br>(561) 242-0920/ FAX (561) 242-0930<br>www.ssnationalwaste.com | Lenny Neeley<br>General Manager | 1987 | $7M | Waste Disposal: 100% |
| (tie) | Community Electric<br>1045 5th Ave. North<br>Naples, FL  34102<br>(239) 262-3438/ FAX (239) 262-6943 | Dan Layel<br>President | 1972 | $7M | Electrical: 100% |
| 149 | Fort Roofing and Sheet Metal Works<br>P.O. Box 1407<br>Sumter, SC  29150<br>(803) 773-9391/ FAX (803) 773-7711<br>www.fortroofing.com | Will Fort<br>President | 1936 | $6.8M | Roofing: 100% |
| 150 | Adams Bros. Cabinetry<br>8079 Golf Course Blvd.<br>Punta Gorda, FL  33980<br>(941) 639-7188/ FAX (941) 575-2832<br>www.adamsbro.com | Dan Adams<br>Vice President | 1979 | $6.4M | Cabinetry: 100% |
| 151 | Allison Fence Co. Inc.<br>P.O. Box 35628<br>Charlotte, NC  28235<br>(704) 376-7535/ FAX (704) 333-6047<br>www.allisonfence.com | L.J. Brennan<br>Senior Vice President | 1919 | $6.3M | Fencing: 100% |
| 152 | S. David and Co.<br>4856 Victor St.<br>Jacksonville, FL  32207<br>(904) 636-7788/ FAX (904) 636-8877<br>www.sdavid.com | David L. Spencer<br>President | 1977 | $6M | Painting/Coating: 100% |
| (tie) | Windemuller Technical Services<br>7504 Pennsylvania Ave.<br>Sarasota, FL  34243<br>(941) 355-8822/ FAX (941) 359-1219<br>www.windemuller.com | John Sedlar<br>Edward Windemuller<br>Vice Presidents | 1994 | $6M | Electrical: 100% |
| 154 | Craig Tile, Inc.<br>4801 58th Avenue, North<br>St. Petersburg, FL  33714<br>(727) 527-7325/ FAX (727) 521-4967<br>www.craigtile.com | Frank A. Canto<br>President | 1946 | $6M | Tile: 100% |
| 155 | AAA Welding and Railing<br>4715 S. Ridgewood Ave.<br>Port Orange, FL  32127<br>(386) 761-6761/ FAX (386) 767-4917<br>www.aaa-welding.com | Daniel McCallister<br>President | 1989 | $5.9M | Railing: 100% |
| 156 | Central Environmental Services<br>3210 Friendly Ave.<br>Orlando, FL  32808<br>(407) 295-7005/ FAX (407) 295-7004<br>www.centralenvironmental.com | Richard J. Lorenz<br>President | 1995 | $5.8M | Demo/Wrecking: 100% |

## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 157 | **Mid-Atlantic Construction**<br>5701 N. Sharon Amity Road<br>Charlotte, NC 28215<br>(704) 563-1472/ FAX (704) 563-9336<br>www.mid-atlanticconstruction.com | P.A. Rodgers<br>President/CEO | 1979 | $5.3M | Concrete: 100% |
| 158 | **Superior Mechanical Systems Inc.**<br>6482 Park Blvd.<br>Pinellas Park, FL 33781<br>(727) 548-1711/ FAX (727) 546-5668<br>www.superiormechanical.net | Raul Perera<br>President | 1994 | $5.1M | Mechanical: 100% |
| 159 | **Central Broward Constuction, Inc.**<br>931 N.W. 53 Court<br>Fort Lauderdale, FL 33309<br>(954) 491-2772/ FAX (954) 772-0962 | Justin Lord<br>President | 1975 | $5M | Masonry: 100% |
| 160 | **Central Carolina Sprinkler Co.**<br>P.O. Box 602<br>Lincolnton, NC 28092<br>(704) 732-3343/ FAX (704) 735-2991<br>www.centralcarolinasprinkler.com | Roger Williams<br>President | 1983 | $4.9M | Fire Sprinkler: 100% |
| 161 | **Mayberry Electric Inc.**<br>P.O Box 19839<br>Atlanta, GA 30325<br>(404) 799-3334/ FAX (404) 799-3336<br>www.mayberryelectric.com | Paul Mayberry<br>President | 2000 | $4.6M | Electrical: 100% |
| 162 | **Foster-Keller Construction**<br>P.O. Box 10202<br>Pensacola, FL 32524<br>(850) 944-9604/ FAX (850) 944-9606 | Dennis Foster<br>CEO | 1989 | $4.5M | Wall/Ceiling: 100% |
| 163 | **Phoenix Painting Co.**<br>6303 Powerline Road<br>Fort Lauderdale, FL 33309<br>(954) 771-1594/ FAX (954) 771-1748 | Rick Gardella<br>President | 1978 | $4.3M | Painting/Coating: 70%<br>Wall/Ceiling: 30% |



## Top Specialty Contractors

| Rank | Company Name, Address, Phone/Fax, Website | CEO/Owner Principal(s) | Year Est. | Regional Revenue | Specialty Category |
|---|---|---|---|---|---|
| 164 | John N. Puder Inc.<br>1315 E. Michigan St.<br>Orlando, FL 32806<br>(407) 897-8562/ FAX (407) 897-7162<br>www.jnp-inc.com | John Puder<br>President | 1991 | $4M | Piling, Grouting: 100% |
| 165 | Smith Landscape Services<br>4501 Ulherton Road, Suite 7<br>Clearwater, FL 33762<br>(727) 299-9344/ FAX (727) 299-9885<br>www.smithlandscapeservices.com | Frank K. Smith<br>President | 1999 | $3.5M | Landscape: 100% |
| 166 | Chesapeake Construction LLC<br>2242 Northwest Parkway, Suite L<br>Marietta, GA 30067<br>(770) 850-8033/ FAX (770) 850-8024<br>www.chesapeakeconstruction.com | William E. Etheredge<br>President | 1999 | $3M | Concrete: 100% |
| 167 | Lyndan Inc.<br>5402 E. Hanna Ave.<br>Tampa, FL 33610-4033<br>(813) 977-6683/ FAX (813) 977-0065<br>www.lyndan.com | Dana L. Guy<br>President | 1981 | $2.7M | Other: 100% |
| 168 | Pike Mechanical Inc<br>9401 NW 106 Street Suite 109<br>Miami, FL 33178<br>(305) 884-5600/ FAX (305) 885-8900 | Williard Pyke<br>President | 1987 | $2.6M | Mechanical: 100% |
| 169 | Zemke General Contracting<br>15511 Shady Hill Road<br>Spring Hill, FL 34610<br>(727) 856-6600/ FAX (727) 856-6610 | Steve Zemke<br>President | 1997 | $2.5M | Concrete: 55%<br>Masonry: 45% |
| 170 | R.T. Meacham Drywall Co.<br>P O Box 240126<br>Charlotte, NC 28224-0126<br>(704) 527-7314/ FAX (704) 521-9656<br>www.meachamdrywall.com | Richard T. Meacham<br>President | 1972 | $2.5M | Wall/Ceiling: 90%<br>Painting/Coating: 10% |
| 171 | Ewing Waterproofing Systems<br>1313 N.W. 4th Place<br>Gainesville, FL 32603<br>(352) 374-6958/ FAX (352) 374-7233 | Mike Treadway<br>Vice President | 1996 | $2.4M | Painting/Coating: 33%<br>Waterproofing: 67% |
| 172 | Window Interiors<br>947 Josiane Court<br>Altamonte Springs, FL 32701<br>(407) 539-1303/ FAX (407) 539-0157<br>www.windowinteriors.com | Sandra Saft<br>President | 1989 | $2.2M | Window Treatments: 100% |
| 173 | Commercial Millwork<br>1120 S. Hughey Ave., Suite A<br>Orlando, FL 32806<br>(407) 648-2787/ FAX (407) 648-5707 | Gayle King<br>Vice President | 1992 | $2M | Millwork: 100% |
| 174 | Universal Cabling Systems<br>914 Fern St.<br>West Palm Beach, FL 33401<br>(561) 659-6224/ FAX (561) 659-6308<br>www.ucscable.com | Mark Vanson<br>President | 1989 | $1.7M | Telecom: 100% |
| 175 | Worldwide Demolition<br>14200 SW 24 Street<br>Davie, FL<br>(954) 916-4020/ FAX (954) 916-8797 | Howard Wiener<br>Owner | 2001 | $1.6M | Demo/Wreck: 100% |