IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:05-cv-01135-MEF-SRW |
| TURNER CONSTRUCTION COMPANY, | ) |
| *Defendant.* | ) |

**SUPPLEMENTAL EVIDENTIARY SUBMISSION IN SUPPORT OF
MOTION TO DISMISS FOR IMPROPER VENUE, OR
IN THE ALTERNATIVE TO TRANSFER**

COMES NOW the Defendant, Turner Construction Company, and respectfully submits the Supplemental Affidavit of Nicholas Slagg in support of its "Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer." As grounds therefor, Defendant would show the following:

1. On March 6, 2006, Defendant requested leave to file supplemental evidentiary submissions.

2. Contemporaneously with that request, Defendant submitted a draft, unexecuted affidavit of Nicholas Slagg. That draft affidavit was submitted because counsel was unable to obtain an executed copy from Mr. Slagg on March 6, 2006.

3. Attached hereto as Exhibit "A" is an executed copy of Nicholas Slagg's supplemental affidavit.

WHEREFORE, premises considered, Defendant respectfully requests that this Honorable Court grant Defendant's motion for leave from March 6, 2006, and that this Honorable Court

consider the executed affidavit attached hereto.

Respectfully submitted this 7th day of March, 2006.

**WILMER & LEE, P.A.**

By: s/ Robert C. Lockwood
Robert C. Lockwood
ASB-2983-L71R

Attorneys for Defendant
P.O. Box 2168
Huntsville, Alabama 35804
(256) 533-0202 - telephone
(256) 533-0302 - facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

Elizabeth H. Glasgow
Edward M. Price, Jr.
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, Alabama 36302

Mary Elizabeth Hall
David W. Mockbee
Mockbee Hall & Drake, P.A.
Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201

This the 7th day March, 2006.

By: s/ Robert C. Lockwood
OF COUNSEL