IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TURNER CONSTRUCTION COMPANY )<br>)<br>Defendant. ) | Case No. 1:05 W1135-F |

## SUPPLEMENTAL AFFIDAVIT OF NICHOLAS SLAGG IN SUPPORT OF TURNER CONSTRUCTION COMPANY'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER

STATE OF FLORIDA    )
                    §
COUNTY OF Sarasota  )

**BEFORE ME**, the undersigned authority, personally appeared Nicholas Slagg ("Affiant"), who being by me first duly sworn, deposes and states:

1. I am the Project Manager for Turner Construction Company ("Turner") on the project commonly referred to as the Sarasota Herald Tribune (the "Project") and I am over the age of 18.

2. Turner has a contract with Sarasota Herald Tribune, a division of NYT Management Services (the "Owner") for the construction of the Project.

3. I personally oversee all aspects of the construction of the Project.

4. I am personally involved in the E&H Steel Contracting, Inc. ("E&H") claims and am familiar with all aspects of such claims, as well as with those who have information concerning E&H's claims.

5. The following people/entities have information and documentation which is essential for understanding and defending the claims made by E&H:

    a. Costal Erectors (E&H's steel erection subcontractor)
       Located in Orlando, Florida
          1. Gregory Holmes, Vice President
          2. Mike Townsend, Operations Manager

    b. William Dennis (the Owner's representative for the [1]Project)
       Located in Sarasota, Florida

EXHIBIT A

Mar 07 06 01:43p    Turner Construction    941-365-4821    p.3
Case 1:05-cv-01135-MEF-SRW    Document 17-2    Filed 03/07/2006    Page 2 of 2

CASE NO.: 05-008962 04

    c. Thomas Hagood
      Jenkins & Charland, Inc. (Structural Engineers)
      Located at: 2801 Fruitville Road, Suite 200, Sarasota, Florida 34237

    d. Alfonso Jurado
      Arquitectonica International Corporation (Project Architect)
      Located at 550 Brickell Avenue, Suite 200, Miami, Florida 33131

6. Gregory Holmes will provide information relating to the impacts of the welding changes on the project, including but not limited to the overtime expenses relating to such changes.

7. Mike Townsend will provide information relating to the impacts of the welding changes on the project, including but not limited to the overtime expenses relating to such changes.

8. William Dennis will provide information relating to the Owner requested changes, how those changes effected the project administration and the processing of shop drawings.

9. Thomas Hagood will provide information relating to the timeliness of shop drawing reviews and the effect of the welding changes.

10. Alfonso Jurado will provide information relating to the timeliness of shop drawing reviews, down time issues, impact of the welding changes and the impact of other building change issues.

11. The above referenced persons and entities will be essential to Turner's defense of the E&H's claims as they have particular knowledge relating to the work performed by E&H on the Project.

12. In addition, given the Florida location of the Project, most, if not all, other possible witnesses are located in Florida, as are their records.

13. Turner is still working on completing the Project and its efforts to complete the Project would be adversely affected if it were to have to move its Project records to Alabama in order to defend this lawsuit.

**FURTHER AFFIANT SAID NAUGHT.**

_____
Nicholas Slagg

SWORN TO and subscribed before me this 7 day of March 2006, by Nicholas Slagg who is (personally known to me) or has produced ___license___ as identification.

My Commission Expires:

4/8/2008

_____
Notary Public, State of Florida

Comm # DD0308779
Expires 4/8/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc.