IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 1:05-cv-1135-MEF |
| | ) |
| TURNER CONSTRUCTION COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

This cause is before the court on Turner Construction Company's Motion to Dismiss for Improper Venue or in the Alternative to Transfer (Doc. # 5). The court has carefully considered the arguments submitted in support of and in opposition to the motion. Additionally, the court has reviewed the legal authorities cited by the parties and conducted some additional research of its own. At this juncture the court finds that the parties have failed to cite a number of cases which constitute binding precedent and which should inform this court's decision of the matters before it. For that reason, the parties will each be required to submit an additional brief. In that brief, each party is expected to discuss the impact of the following cases: *Stewart Org., Inc. v. Ricoh Corp.,* 487 U.S. 22 (1988); *P & S Bus. Machs., Inc. v. Canon USA, Inc.,* 331 F.3d 804 (11th Cir. 2003); *In re Ricoh Corp.,* 870 F.2d 570 (11th Cir. 1989), *reh'g denied,* 877 F.2d 975 (11th Cir. 1989). In addition to addressing these cases, the parties shall carefully perform research to locate any other binding precedent relevant to the issues before this court. Based on the prior submissions of the parties, this

court is concerned that the parties have failed to appreciate the duty of candor they owe to this tribunal. Therefore, the parties are admonished to carefully consider the legal and factual arguments they submit to this court in response to this order mindful of the legal and ethical obligations they bear.

In accordance with the foregoing, it is hereby ORDERED that:

1. On or before **May 3, 2006**, Defendant shall file its supplemental brief.

2. On or before **May 17, 2006,** Plaintiff shall file its supplemental brief.

DONE this the 20th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE