```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


E & H STEEL CONTRACTING, INC.    )
                                 )
         Plaintiff,              )
                                 )
vs.                              )    Case No. 1:05-CV-1135
                                 )
TURNER CONSTRUCTION COMPANY      )
                                 )
         Defendant               )
```

**NOTICE OF SERVICE**

NOTICE is hereby given that on April 28, 2006, E & H Steel Contracting, Inc., served in the above entitled action:

1.      Plaintiff's Initial Disclosures.

The undersigned retains the originals of the above papers as custodian thereof.


DATED:    This the 28th the day of April, 2006.


                          Respectfully submitted,

                          E&H STEEL CONTRACTING, INC.

                          By its attorneys,

                          MOCKBEE HALL & DRAKE, P.A.


                          By: /Mary Elizabeth Hall
                              DAVID W. MOCKBEE
                              MARY ELIZABETH HALL
                              Lamar Life Building, Suite 1000
                              317 East Capitol Street
                              Jackson, MS 39201
                              601-353-0035

OF COUNSEL:

```
FARMER, PRICE HORNSBY & WEATHERFORD L.L.P.
EDWARD M. PRICE, JR.
ELIZABETH GLASGOW
P.O. Drawer 2228
Dothan, Alabama 36302
334-793-2424
```

<u>CERTIFICATE OF SERVICE</u>

I, Mary Elizabeth Hall, do hereby certify that I have this day served the foregoing document by utilizing the court's electronic filing system to the following:

```
Robert C. Lockwood
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801

ATTORNEY FOR DEFENDANT
```

By <u>/Mary Elizabeth Hall</u>
Mary Elizabeth Hall