IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E&H STEEL CONTRACTING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05 W1135-F |
| ) | |
| TURNER CONSTRUCTION COMPANY ) | |
| ) | |
| Defendant. ) | |

**TURNER CONSTRUCTION COMPANY'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO SUBMIT INITIAL DISCLOSURES**

Defendant, Turner Construction Company ("Turner"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby respectfully requests an enlargement of time in which to submit its initial disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1. On or about May 16, 2006, Plaintiff and Defendant engaged in a Rule 26(f) conference.

2. The Parties agreed that Turner would submit its Initial Disclosures on or before June 9, 2006.

3. Due to the press of this and other litigation matters, the undersigned requires additional time to prepare Defendant's Initial Disclosures.

4. Therefore, Defendant respectfully requests that this Honorable Court grant them a seven (7) day enlargement of time in which to submit its Initial Disclosures.

5.  These requests are made in good faith and no party to this matter shall be prejudice by the relief requested herein.

6.  Undersigned counsel has conferred with counsel for the Plaintiff, E&H Steel Contracting, Inc. ("E&H"), who has advised that E&H does not oppose the extension of time requested herein.

**WHEREFORE,** Turner Construction Company respectfully requests this Honorable Court grant them an enlargement of time through and including June 16, 2006, to submit their Initial Disclosures, and for such other and further relief as this Court deems just and proper. Respectfully submitted this __9th__ day of June, 2006.

**WILMER & LEE, P.A.**

By: __s/ Robert C. Lockwood__
    Robert C. Lockwood
    ASB-2983-L71R

Attorneys for Defendant
P.O. Box 2168
Huntsville, Alabama 35804
(256) 533-0202 - telephone
(256) 533-0302 - facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. Mail and e-mail to **Elizabeth H. Glasgow, Esq., Edward M. Price, Jr., Esq.,** Farmer, Price, Hornsby & Weatherford, LLP, P.O. Drawer 2228, Dothan, Alabama, 36302 and **Mary Elizabeth Hall, Esq., David W. Mockbee, Esq.,** Mockbee, Hall & Drake, P.A., Lamar Life Building, Suite 1000, 317 East Capitol Street, Jackson, MS, 39201, this _9th_ day of June, 2006.

**WILMUR & LEE, P.A**
*Attorneys for Defendant*
P.O. Box 2168
Huntsville, AL 35804
Tel: (256) 533-0202
Fax: (256) 533-0302
rlockwood@WilmerLee.com


By: /s/ Robert C. Lockwood
    Robert C. Lockwood, Esq.
    ASB-2983-L71R